

This is the Code Amber Amber Alert Ticker: $20,000 Reward Of

11:34:58 am       Navigation:   Home > Online Docket

**Online Docket**
**Comments**
**Mississippi Code**

By viewing the online docket, you automatically agee to the terms of usage below

Terms Of Usage

Information on Expungements Orders and Motions, and how to remove your information from Public Record, including the documents required for filing can be found in our downloads section

### Personal Information
- **Name:** ALKHIDHR, ONLY
- **Date Of Birth:** 9/9/1951 (appr. 54 yo at time of arrest)
- **Address:** 656 ALEXANDER STREET BILOXI, Mississippi 39530
- **Race:** B
- **Sex:** M
- **Booking Date:** 3/13/2005 7:37:00 PM
- **Release Date:** 3/14/2005 12:50:00 AM

Click Here To View Mugshot

### Charges
**ASSAULT W/INSTRUMENT(SIMPLE) (Misdemeanor)**
- **Arrested By:** BILOXI
- **Arrest Location:** Not Listed
- **Status:** NEEDS INITIAL APPEARANCE
- **Status Date:** 11/30/1899
- **Court Date:** 4/25/2005 9:00:00 AM (Approximate time)
- **Bail Amount:**
- **Bond Type:** SURETY BOND
- **Bond Company:** HARRISON COUNTY SHERIFF'S OFFICE
- **Sentence Description:**

Previous Page | Return To Docket Search





Mailing Address: 10451 Larkin Smith Drive Gulfport, Ms 39503
©2002-2005 Harrison County Sheriff's Department / Harrison County - All Rights Reserved
Click here for site problems or questions
Currently, there are 70 people online

**Terms of Service**

# EXHIBIT "A"

http://www.harrisoncountysheriff.com/docket/results.asp?docket=CJ0000269892          11/21/2007

