LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13TH STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. BLUM**
DAVID N. DUHÉ
HALEY N. BROOM
JON S. TINER

*also licensed in TX
**also licensed in CA

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

September 11, 2008

James B. Halliday, Esquire
Attorney at Law
P.O. Box 6783
Gulfport, MS 39501

Re:   In the United States District Court for the Southern District of Mississippi,
      Southern Division, Civil Action No. 1:07cv1238-LG-RHW
      Al-Khidhr vs. Harrison County, MS et al
      Our File No. 1811.0123

Dear Jim:

Please provide this office with copies of all documents and other materials listed in your Pre-discovery Disclosures. In the event there should be an expense associated with this request, please let me know as soon as possible.

Further, I am enclosing two Medical Authorizations (HIPPA), which I am requesting that you have your client sign and return to me at your earliest convenience.

If you have any questions, please do not hesitate to call.

Very truly yours,

Dukes Dukes Keating & Faneca, P.A.

Haley N. Broom

HNB/rdb


EXHIBIT "A"

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

I hereby authorize _____ to use or disclose the following protected health information (PHI) from the medical records of the patient listed below to:

Requestor Name:     Dukes, Dukes, Keating and Faneca, P.A.
                    P.O. Drawer W
                    Gulfport, MS 39502

Patient Name:                        Only Al-Khidhr
Patient DOB:                         09/09/1951
Patient Social Security Number:      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
Patient Address:                     170 Hannible Court
                                     Biloxi, MS 39530

Disclose the following PHI for treatment dates (09/09/1951) to Present.

☒Abstract/Pertinent     ☒History and Physical    ☒Physician Orders    ☒Entire Chart
☒Operative Report       ☒Progress Notes          ☒X-ray               ☒Billing
☒ER Report              ☒Lab                     ☒Consult
☒Other specified        ☒Discharge Summary       ☒Nurse Notes
☒Other Specified: All other such records in your possession, custody or control.

The above information is disclosed for the following purposes:
☐Medical Care      ☒Legal       ☐Insurance      ☐Personal       ☐Other

> ____  I acknowledge, and hereby consent to such, that the release of information may contain alcohol
> initials and drug abuse, psychiatric, HIV or genetic information

> This authorization shall expire upon this expiration date: final disposition of Al-Khidhr vs. Harrison County, et. al or five (5) years from the date of this authorization, whichever comes first
> **If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

- I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to _____. I understand that the revocation will not apply to information that has already been released to this authorization.

- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.

I have read the above and authorize the disclosure of the protected health information as stated. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.

_____        _____
Signature of Patient/Legal Representative        Date

If signed by legal representative, relationship to patient: _____

_____        _____
Signature of Witness                             Date

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES

**Name:**                Only Al-Khidhr

**Date of birth:**       9/9/1951

**Social Security Number:**   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

    I hereby authorize all health care providers, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics, mental health hospitals, pharmacies, Social Security Administration Disability Determination Services and Department of Workers' Claims, to release all psychotherapy note records and information regarding _____, to the records service of _____.

    I understand that this authorization is for release of psychotherapy notes as defined by the Health Insurance Portability and Accountability Act 45 CFR 164.501 *[psychotherapy notes means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's record].*

I, the undersigned individual am on notice that:

- Initiating this request for disclosure of protected health information, and any disclosure of the same pursuant hereto is at the request of the individual.
- Any health care provider disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- This authorization can be revoked through written notice to _____, or to the individual above listed entities, except to the extent that action has been taken in reliance on this authorization. The undersigned is aware of the potential that protected health information disclosed pursuant to this authorization is subject to re-disclosure in a manner that will not be protected by HIPAA regulations.
- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of Al-Khidhr vs. Harrison County et al or five (5) years from the date of this authorization, whichever comes later.

I have carefully read and understand the above, and do herein expressly and voluntarily authorize the disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.

Date: _____       _____
                                           (Signature) Patient or Patient Representative

_____             _____
Printed Name of Patient's Representative          Relationship to Patient

_____
Description of Representative's Authority to Act for the Patient


**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**
*Psychotherapy notes excludes medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis, and progress date.*