LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. BLUM**
DAVID N. DUHÉ
HALEY N. BROOM
JON S. TINER
MATTHEW M. WILLIAMS
ADAM B. HARRIS

*also licensed in TX
**also licensed in CA

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

www.ddkf.com

November 10, 2008

### VIA U.S. MAIL ONLY
Robert G. Harenski, Esq.
Attorney at Law
1906 Pass Road
Biloxi, MS 39531

### VIA FAX AND U.S. MAIL
John A. Foxworth, Jr., Esq.
Attorney at Law
P.O. box 2345
Gulfport, MS 39505-2345

### VIA HAND DELIVERY ONLY
James B. Halliday, Esquire

Re: In the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:07cv1238-LG-RHW
Al-Khidhr vs. Harrison County, MS et al
Our File No. 1811.0123

In the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:07cv175-LG-RHW
Seal vs. Harrison County, MS et al
Our File No. 1811.0135

In the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:07cv1205-LG-RHW
McBay vs. Harrison County, MS et al
Our File No. 1811.0119

In the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:07cv1238-LG-RHW
Carrubba vs. Harrison County, MS et al
Our File No. 1811.0121



EXHIBIT "B"

Robert G. Harenski, Esq.
John A. Foxworth, Jr., Esq.
James B. Halliday, Esq.
November 10, 2008
Page 2

In the United States District Court for the Southern District of Mississippi,
Southern Division, Civil Action No. 1:08cv90-LG-RHW
Vanderburg vs. Harrison County, MS et al
Our File No. 1811.0132

Dear Gentlemen:

On September 11, 2008, we requested copies of all documents and other materials listed in your Pre-discovery Disclosures. To this date we have not received copies of these documents. In light of the existing deadline to designate Defendants' experts, please provide all documents listed in your Pre-discovery Disclosures, including all medical records, for McBay and Al-Khidir by Wednesday, November 12, 2008. We would be happy to have our courier pick up the documents from you. In regards to the remaining cases, please provide all documents to us by Friday, November 14, 2008. In the event we should not receive these documents, we will move forward with a Motion to Compel.

Also please have Mr. McBay and Mr. Al-Khidir sign and return to me the two Medical Authorizations (HIPPA) which we enclosed in our letter of September 11, 2008.

If you have any questions, please do not hesitate to call.

Very truly yours,

**Dukes Dukes Keating & Faneca, P.A.**

Joe Gewin

HNB/rdb

J:\WP51\User9\1811.0123 - AL-KHIDIR\Correspondence\Halliday.requst for docs.11-10-08wpd.wpd