LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.
2909 13ᵗʰ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. BLUM**
DAVID N. DUHÉ
HALEY N. BROOM
JON S. TINER

*also licensed in TX
**also licensed in CA

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

November 26, 2008

**_VIA U.S. MAIL ONLY_**
Robert G. Harenski, Esq.
Attorney at Law
1906 Pass Road
Biloxi, MS 39531

**_VIA FAX AND U.S. MAIL_**
John A. Foxworth, Jr., Esq.
Attorney at Law
P.O. box 2345
Gulfport, MS 39505-2345

**_VIA HAND DELIVERY ONLY_**
James B. Halliday, Esquire

Re:   In the United States District Court for the Southern District of Mississippi,
      Southern Division, Civil Action No. 1:07cv1223-LG-RHW
      Al-Khidhr vs. Harrison County, MS et al
      Our File No. 1811.0123

      In the United States District Court for the Southern District of Mississippi,
      Southern Division, Civil Action No. 1:07cv175-LG-RHW
      Seal vs. Harrison County, MS et al
      Our File No. 1811.0135

      In the United States District Court for the Southern District of Mississippi,
      Southern Division, Civil Action No. 1:07cv1205-LG-RHW
      McBay vs. Harrison County, MS et al
      Our File No. 1811.0119

      In the United States District Court for the Southern District of Mississippi,
      Southern Division, Civil Action No. 1:07cv1238-LG-RHW
      Carrubba vs. Harrison County, MS et al
      Our File No. 1811.0121



EXHIBIT "C"

Robert G. Harenski, Esq.
John A. Foxworth, Jr., Esq.
James B. Halliday, Esq.
November 10, 2008
Page 2

       In the United States District Court for the Southern District of Mississippi,
       Southern Division, Civil Action No. 1:08cv90-LG-RHW
       Vanderburg vs. Harrison County, MS et al
       Our File No. 1811.0132


Dear Gentlemen:

  On September 11, 2008, we requested copies of all documents and other materials listed in your Pre-discovery Disclosures. On November 10, 2008 we made a second attempt to obtain these documents from you. To date we have not received copies of these Pre-discovery Disclosure documents.

  Please consider this our last good faith attempt to resolve this discovery dispute. Please either provide the documents and other material or sign the attached Good Faith Certificate. If we do not hear from you by Monday, December 1, 2008, we will proceed with a Motion to Compel and note that you refused to sign the certificate.

  If you have any questions, please do not hesitate to call.

              Very truly yours,

              **Dukes, Dukes, Keating & Fancea, P.A.**

              Haley N. Broom

HNB/tam
Attachments

Form 5 (ND/SD Miss. Dec. 2000)

# United States District Court
# Southern District of Mississippi

McBay

**Plaintiff**

v.  Civil Action No.  1:07cv1205RHW

Harrison County, MS et al

Defendants

### Good Faith Certificate

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Motion to Compel

Counsel further certify that:

✔ as appropriate:

    1. The motion is unopposed by all parties.

    2. The motion is unopposed by:

✔    3. The motion is opposed by:  Plaintiff

    4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

FORM 5 (ND/SD MISS. DEC. 2000)

This the _____ day of _____ 2008.

_____
Signature of Plaintiff's Attorney

_____
Robert G. Harenski, Esq
Typed name

_____
Signature of Defendant's Attorney

_____
Haley N. Broom, MSB # 101838
Typed Name and Bar Number