IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ONLY AL-KHIDHR**                                                    **PLAINTIFF**

V.                                                   CIVIL ACTION NO. 1:07CV1223LG-RHW

**HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON, JOHN DOES 1-4,
AMERICAN CORRECTIONAL ASSOCIATION,
JAMES A. GONDLES, JR., UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC;
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
HEALTH ASSURANCE, LLC**                                              **DEFENDANTS**

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL OF HALEY N. BROOM, ESQ.

Affidavit in support of Motion to Compel against Plaintiff, Only Al-Khidhr:

Haley N. Broom, who being by me first duly sworn, upon information and belief, states the following:

1. That I am an attorney for the Defendants, Harrison County Sheriff's Department, George H. Payne, Jr., Dianne Gatson-Riley, Wayne Payne, and Steve Campbell in their official and individual capacities.

2. The Plaintiff, Only Al-Khidhr, filed his Complaint against the Defendants, on November 26, 2007.

3. On August 9, 2008, Plaintiff produced his list of pre-discovery disclosure.

4. The Affiant would state that the documents and/or materials listed in the pre-discovery disclosure were never received from Plaintiff nor were executed medical waivers.



EXHIBIT "D"

5. On September 11, 2008, and November 10, 2008, defense counsel made a good faith effort with Plaintiffs to resolve this discovery issue by sending correspondence to Plaintiff and on November 26, 2008 defense counsel made a final good faith effort by sending correspondence with an enclosed Good Faith Certificate.

6. On September 11, 2008, defense counsel sent correspondence, requesting documents and/or materials listed in Plaintiff's pre-discovery disclosure as well as the execution of medical waivers.

7. On November 10, 2008, defense counsel sent a second correspondence, requesting documents and/or materials listed in Plaintiff's pre-discovery disclosure and again requested the execution of medical waivers.

8. On November 26, 2008 defense counsel sent a third correspondence in a good faith effort with Plaintiff to resolve this pre-discovery issue with an enclosed Good Faith Certificate.

9. To date, Defendants have not received any of the documents and/or materials listed on Plaintiff's pre-discovery disclosure, the medical waivers, nor a signed Good Faith Certificate from the Plaintiff.

WITNESS my signature on this the 1st day of December, 2008.

_/s/ Haley N. Broom_
HALEY N. BROOM

SWORN TO AND SUBSCRIBED BEFORE ME, this the 1st day of December, 2008.

_____
NOTARY PUBLIC

My Commission Expires: 9/18/2012