IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ONLY AL-KHIDHR**                                                                **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO. 1:07CV1223LG-RHW**

**HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON, JOHN DOES 1-4,
AMERICAN CORRECTIONAL ASSOCIATION,
JAMES A. GONDLES, JR., UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC;
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
HEALTH ASSURANCE, LLC**                                                  **DEFENDANTS**

**DEFENDANT'S RULE 26 DESIGNATION OF EXPERT WITNESS**

COME NOW Defendants, George Payne, Jr., Dianne Gatson-Riley, Wayne Payne, and Steve Campbell, all in their Official and Individual capacities, by and through their attorneys of record, Dukes, Dukes, Keating & Faneca, P.A., and designates the following expert witness in accordance with Fed. R. Civ. P. 26:

Defendants specifically reserve the right to supplement this Designation and the report or opinion of his expert once Plaintiff's experts render their final opinions in this civil action and/or upon the receipt of additional information disclosed.

    **1.**    **W. Ken Katsaris**
              **Post office Box 12008**
              **Tallahassee, FL 32317-2008**

Mr. Katsaris' curriculum vitae, which includes his qualifications, education, and experience, a list of cases in which Mr. Katsaris has been involved as an expert witness during prior years, and a copy of Mr. Katsaris' preliminary report are attached collectively

hereto as **Exhibit "A"**, which includes his opinions and reasons therefor, a description of the data or information considered by the expert witness in formulating his opinions, and a description of the exhibits relied upon as a summary of or in support of those opinions.

The exhibits relied upon by Mr. Katsaris in support of his opinions include those listed in his report, including but not limited to pleadings and discovery disclosures and responses filed in this case. Mr. Katsaris further relied upon any and all documents attached to the aforementioned pleadings or discovery requests or responses.

The compensation to be paid to Mr. Katsaris for his study and testimony will be in accordance with his fee schedule attached to and made a part of Exhibit "A".

The subject matter with reference to which Mr. Katsaris is expected to testify pertains to the evaluation of the pleadings, discovery, and other materials in the case and further to offer other relevant opinions as more fully detailed in his report, and any other relevant issues which may be related to any of the claims of Plaintiff in this litigation.

The substance of the facts and opinions to which Mr. Katsaris is expected to testify are set forth in his report of preliminary opinions which is attached hereto as Exhibit "A". Mr. Katsaris reserves the right to supplement his preliminary report upon his receipt of any supplemental or final opinions of Plaintiff's experts as well as the receipt of any additional information and/or materials disclosed and/or received during this litigation.

All of the opinions of Mr. Katsaris regarding this litigation are based upon his review of discovery, pleadings, documents, and other pleadings in this action, in conjunction with his education, training and experience in related matters.

Defendants reserve the right to call all specially retained experts designated by any other parties to render expert opinions in a trial of this matter. Furthermore, Defendants reserve the right to supplement any and all opinions set forth herein and/or to add additional experts and their respective opinions and conclusions in accordance with the Court's Case Management Orders.

RESPECTFULLY SUBMITTED, this the 2nd day of December, 2008.

**George Payne, Jr., Wayne Payne, Dianne Gatson-Riley, Steve Campbell, officially and in their individual capacities, Defendants**

BY: **DUKES, DUKES, KEATING & FANECA, P.A.**

BY: *s/Cy Faneca*
CY FANECA, MSB #5128

Cy Faneca, MSB #5128
Haley N. Broom, MSB #101838
Joe C. Gewin, MSB # 8851
**DUKES, DUKES, KEATING AND FANECA, P.A.**
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS   39502
Telephone:  228/868-1111
Facsimile:   228/863-2886

## **CERTIFICATE OF SERVICE**

      I, CY FANECA, do hereby certify that I have this day delivered, via electronic filing and/or United States Mail, postage fully pre-paid, a true and correct copy of the above and foregoing pleading to the following:

  James Bailey Halliday
      P.O. Box 6783
      Gulfport, MS 39502

      John A. Foxworth, Jr.
      Foxworth Law Office, LLC
      P.O. Box 2345
      Gulfport, MS 39505

      Robert Harenski
      Robert G. Harenski and Associates
      1906 Pass Road
      Biloxi, MS 39531

      Karen J. Young
      Meadows Law Firm
      P.O. Box 1076
      Gulfport, MS 39502

      James L. Davis
      Ian A. Brendel
      Jim Davis, PA.
      P.O. Box 1521
      Gulfport, MS 39502

      Robert H. Pedersen
      Watkins & Eager
      P.O. Box 650
      Jackson, MS 392305

      George D. Hembree, III
      McGlinchey Stafford
      P.O. Drawer 22949
      Jackson, MS 39225

This, the 2nd day of December, 2008.

                                                *s/Cy Faneca*
                                                CY FANECA