

3/13/2005 — 3/14/2005

EXHIBIT **B**            9/20/2003