# BARRY M. CROWN, Ph.D.

Penthouse Suite 310
7800 Red Road
South Miami, Florida 33143
(305) 665-0771
bmcrown@barrycrown.com

## EDUCATION

Ph.D. Florida State University, 1969
Post-Doctoral Fellow in Psychiatry (Psychology), Harvard Medical School, Massachusetts General Hospital, 1969-1970

## CERTIFICATIONS

Licensed Psychologist (PY002131), Board of Psychological Examiners, State of Florida
Diplomate, American Board of Professional Neuropsychology
  Added Qualifications in Child and Adolescent Neuropsychology, Geriatric Neuropsychology, Forensic Neuropsychology, Rehabilitation Neuropsychology, and Neuroimaging in Neuropsychology
  [Chair, National Examinations Committee, 1994-1998; President, 1999-2001; Board of Directors, 2001-present]
Diplomate, American Academy of Pain Management
Certified Addictions Specialist, American Academy of Health Care Providers in the Addictive Disorders

## ADDITIONAL TRAINING

Forensic Psychology, American Academy of Forensic Psychology
Family Therapy, Institute for Juvenile Research, Chicago
SPECT Brain Imaging, Medical College of Wisconsin
Transcranial Doppler and Cerebral Blood Flow Monitoring, UCLA, Geffen School of Medicine

## ACADEMIC APPOINTMENTS

Courtesy Professor of Psychology
Florida International University

## PREVIOUS ACADEMIC APPOINTMENTS

Boston University, University of Illinois School of Medicine, University of Miami School of Medicine (Psychiatry and Pediatrics)

Exhibit "1"

# BARRY M. CROWN, Ph.D. – Page 2

## OTHER EXPERIENCES (SELECTED)

Research Coordinator, Governor's Office, State of Florida
Clinical Director, NIMH National Drug Abuse Training Center
Associate Director, National Council on Drug Abuse
Co-Director, Child Abuse Project, University of Miami School of Medicine, Jackson Memorial Hospital
Medical staff privileges: Baptist Hospital-Miami, South Miami Hospital, Doctors' Hospital, Homestead Hospital, (Director, Continuing Psychological Education, Baptist Health), Miami Children's Hospital

## PROFESSIONAL MEMBERSHIPS

American Psychological Association; Florida Psychological Association; National Academy of Neuropsychology; American College of Professional Neuropsychology (Fellow); American Academy of Neurology (Affiliate); International Neuropsychology Society; Society of Nuclear Medicine; Society of Nuclear Cardiology; British Psychological Society (Foreign Affiliate); American Association for Marital and Family Therapy