# LAW OFFICE OF
# JIM DAVIS

1904 24th Avenue
Post Office Box 1839
Gulfport, Mississippi  39502



James L. Davis, III
Ian A. Brendel *

* *Also admitted in Alabama*

Phone:   228-864-1588
FAX:      228-863-5008
Email: jamesldavisiii@aol.com
ian.brendel@yahoo.com

June 26, 2009

Alvin Chase, Esquire
Chase, Chase & Associates, PLLC
P.O. Box 7119
D'Iberville, MS 39540

      **RE:  Only Al-Khidhr v. Rick Gaston, Ryan Teel, Morgan Thompson, et al**
           **Civil Action No. 1:07cv1223- LG-JMR**

Dear Alvin:

    As we had discussed previously, please find enclosed Interrogatories and Request for Production of Documents that Rick Gaston, Ryan Teel and Morgan Thompson propounded to the Plaintiff. To date, our office has not yet received a response from the Plaintiff.

    Pursuant to the Local Rules, please be advised that this is a good faith attempt and request to have Plaintiff respond to the Interrogatories and Request for Production of Documents that are enclosed herein. Please have Plaintiff respond prior to August 1, 2009. I believe this will be a sufficient amount of time to respond, but if Plaintiff needs more time, please send me a note stating the latest date when Plaintiff will submit his responses.

    Thank you for your assistance in this matter. With kind regards, I remain

                            Sincerely,

                            IAN BRENDEL

IB:dc
Enclosures: Interrogatories and Request for Production of Documents