# LAW OFFICE OF
# JIM DAVIS
1904 24th Avenue
Post Office Box 1839
Gulfport, Mississippi  39502

James L. Davis, III
Ian A. Brendel *

* Also admitted in Alabama

Phone:   228-864-1588
FAX:     228-863-5008
Email: jamesldavisiii@aol.com
ian.brendel@yahoo.com

August 5, 2009

Alvin Chase, Esquire
Chase, Chase & Associates, PLLC
P.O. Box 7119
D'Iberville, MS 39540

      RE:   Only Al-Khidhr v. Rick Gaston, Ryan Teel, Morgan Thompson, et al
             Civil Action No. 1:07cv1223- LG-JMR

Dear Alvin:

      Please accept this letter as a second attempt to attempt to resolve a discovery issue prior to seeking Court intervention as required by the Local Rules.

      We discussed on the phone yesterday that you would need some more time for Mr. Al-Khidhr to answer Gaston, Teel and Thompson's interrogatories and requests for production of documents. I had previously sent you a letter dated June 26, 2009 requesting that your client provide responses to Gaston, Teel and Thompson's interrogatories and requests for production of documents by August 1, 2009. I have not yet seen a response by Mr. Al-Khidir.

      Please have Mr. Al-Khidhr provides responses prior to August 14, 2009. If I have not received responses by that date, I will file a motion to compel. The discovery deadline is fast approaching, and I will need Mr. Al-Khidhr's responses prior to me taking his deposition.

      Thank you for your attention to this matter. With kind regards, I remain

                                        Sincerely,

                                        IAN A. BRENDEL

IAB