(b) state the dates of the treatment received, if any;

(c) state the chemical or substance upon which you were dependent or upon which it was believed you may have been dependent or may have been abusing;

(d) state the diagnosis and prognosis received, *if* any, in connection with the treatment received, if any;

(e) identify all persons with knowledge relating to the treatment, its recommendation, or its being ordered; and

(f) identify all documents relating to the treatment, its recommendation, or its being ordered.

**Answer 23:** This answer will be supplemented.

24. For each instance in which criminal proceedings (including arrest or citation, felony or misdemeanor) have been initiated against you, including the instance which is the subject of this lawsuit, state:

(a) the identity of the police or investigative authority that initiated the proceeding;

(b) the court or agency before which the proceeding occurred;

(c) the criminal violation alleged;

(d) the number assigned to the proceeding;

(e) the year in which the proceeding was initiated;

(f) the outcome of the proceeding; and

(g) any fine or sentence imposed, if any, including parole or community service, and where any sentence was served or is being served.

      (h)    Please identify any and all reports, results or other documentation related to drug testing to which you have submitted in the past ten years, including the report referenced in Paragraph 234 of the Complaint.

**Answer 24:** This answer will be supplemented.

25.    Please list all of your employers for the past ten years, including full name and address, the position held, the name of your supervisor, your salary or rate of pay, your primary responsibilities, and reason for leaving, If you were a full-time student for any period in the past ten years, please identify the schools attended and dates of attendance.

**Answer 25:** This answer will be supplemented.

26.    Please identify all the respective employers with whom you have sought or applied for employment since the incident complained of in your Complaint, state the result of your application, and identify any documents exchanged between you and that prospective employer.

**Answer 26:** This answer will be supplemented.

27.    Please identify each individual who you propose to call as an expert witness at trial in this cause, stating the subject matter on which the expert is to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of grounds for each such opinion.

**Answer 27:** This answer will be supplemented.

28.    State the name, address and telephone number of each witness you intend to call at trial in this cause, and a short description of what their intended testimony will concern.

**Answer 28:** This answer will be supplemented.

RESPECTFULLY SUBMITTED, this the 25th day of August, 2009.

ONLY AL-KHIDHR
Plaintiff

BY: CHASE CHASE & ASSOCIATES, PLLC

BY: *[signature]*
ALVIN CHASE (MSB #5968)

CHASE CHASE & ASSOCIATES, PLLC
Post Office Box 7119
D'Iberville, MS 39540
Phone: 228-396-3300
Facsimile: 228-396-1494

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day sent via U.S. Mail, email, and/or facsimile, a true and correct copy of the foregoing to the following:

IAN A BRENDEL
1904 24" Avenue
P.O. Box 1839
Gulfport, MS 39502

This, the 25th day of August, 2009.

ALVIN CHASE (MSB #5968)

CHASE CHASE & ASSOCIATES, PLLC
10345 D'Iberville Blvd, Ste D
Post Office Box 7119
D'Iberville, MS 39540
Phone: 228-396-3300
Facsimile: 228-396-1494