# LAW OFFICE OF
# JIM DAVIS
1904 24th Avenue
Post Office Box 1839
Gulfport, Mississippi 39502

James L. Davis, III
Ian A. Brendel *

*Also admitted in Alabama*

Phone:  228-864-1588
FAX:    228-863-5008
Email: jamesldavisiii@aol.com
ian.brendel@yahoo.com

August 31, 2009

**VIA U.S. MAIL AND FACSIMILE - 394-1494**
Alvin Chase, Esquire
Chase, Chase & Associates, PLLC
P.O. Box 7119
D'Iberville, MS 39540

RE: Only Al-Khidhr v. Rick Gaston, Ryan Teel, Morgan Thompson, et al
Civil Action No. 1:07cv1223- LG-JMR

Dear Alvin:

Please accept this letter as the fourth, and final, attempt to attempt to confer in "good faith" with counsel opposite to Plaintiff's interrogatory responses prior to asking the Court to compel production of same.

I received your fax with attachments on August 25, 2009. After reviewing the responses today, I note the following deficiencies:

1. The Plaintiff, Only Al-Khidhr, has not made the responses "under oath" as required by the Federal Rules of Civil Procedure;

2. Plaintiff failed to respond to Interrogatories 9, 11,12,13,14,15,16,17,18,19,20,21, 22,23,24,25,26,27,28.

If I have not received supplemental responses to Defendants Gaston, Teel and Thompson's interrogatories propounded to Plaintiff within seven (7) days of the date on this letter, I will file a motion to compel. I can not take the Plaintiff's depositions until such time as he has responded fully and in compliance wit the Federal Rules of Civil Procedure.

With kind regards, I remain