## SIMONE J. SIMONE, Ph.D.

### CLINICAL PSYCHOLOGIST

450-E Pass Rd. Suite 3, Gulfport, MS 39507          (228) 604-0099          ssimone@bellsouth.net

_____PERSONAL SUMMARY_____

- Diversity of professional experience through practica, internship, and private practice in: two community mental health centers, a university counseling center, a psycho-social rehabilitation facility, a rehabilitation hospital and two rehab/long-term care facilities, and private practice
- Completed APA-approved Ph.D. program in Counseling Psychology at Kent State University.
- Completed a 12-month APA-approved Internship at Northeastern Ohio Universities College of Medicine.
- Licensed as a Psychologist in Mississippi.
- Own a private practice with four associates

### PROFESSIONAL EXPERIENCE
- Provided individual therapy to ethnically and culturally diverse clientele with mild to severe psychological problems.
- Performed intake evaluations which include interview, diagnosis, and report.
- Determined appropriate treatment and/or referral, developed detailed treatment plans, maintained case records.
- Developed and presented case reports at staff meetings.
- Administered psychological and neuropsychological testing and assessments; provided consultations to physicians.
- Consulted as part of a multi-disciplinary medical team.
- Facilitated group psychotherapy.
- Provided evaluations to the Chancery Court in custody disputes and to the Federal Court for competency and other issues.
- Have significant legal-ethical publications/presentations

### PERSONAL SKILLS / ASSETS
- Exceptional writing skills for clear, accurate reports and records
- Proficient in problem-solving
- Efficient in developing time-saving, utilitarian forms, e.g., scoring forms to simplify the preparation of comprehensive psychological reports; intake interview form for community mental health centers
- Proficient in evaluation interviewing
- Strong scientific research background
- Excellent rapport-building and interpersonal skills with a wide range of clients
- Strong PC experience in WordPerfect, Lotus, Internet, etc
- Experienced handling confidential situations and materials
- Able to work efficaciously in a team-oriented environment
- Able to prioritize work in a multi-task situation
- Able to think conceptually and analytically
- Highly organized and efficient
- Able to work independently
- Detail-oriented
- Skilled in the use of hypnosis
- Certified in Eye-movement Desensitization and Reprocessing training
- Skilled in designing and implementing behavior-focused treatments
- Experienced in dealing with suicidal patients and patients in crisis

_____RELEVANT LIFE EXPERIENCES_____

- Three publications
- Won the Kentucky-Indiana Metroversity Expository Writing Competition, Graduate Level.
- Editor, Psi Chi Newsletter at Spalding University
- Established and maintained households in three foreign countries.
- Entertained foreign dignitaries
- Owned and operated an art business.
- Worked as Data Processing Supervisor at Singing River Hospital.
- Worked as an Executive Secretary for the military and for private firms.

_____EDUCATION_____

| | | | |
|---|---|---|---|
| - B.A.: | Purdue University | Clinical Psychology | Hammond, IN |
| - M.A.: | Spalding University | Counseling Psychology | Louisville, KY |
| - Ph.D. | Kent State University | Counseling Psychology | Kent, OH |

Exhibit "1"

**SIMONE J. SIMONE, PH.D., CLINICAL PSYCHOLOGIST**       **(228) 604-0099**

450-E Pass Rd. Suite 3, Gulfport, MS 39507       ssimone@bellsouth.net

## EDUCATION

Ph.D., Kent State University, Psychology
M.A., Spalding University, Psychology
B.A., Purdue University, Psychology
Northeastern Ohio Universities College of Medicine: Clinical Internship in Psychology

## PROFESSIONAL EXPERIENCE

**▪ Simone and Associates, Mental Health Professionals**
450 E. Pass Rd., Suite 3
Gulfport, MS 39507
▪ Clinical Psychologist in private practice:
  - Evaluate, diagnose, & treat ethnically diverse patients
  - Prepare patient-specific treatment plans with strategic interventions targeting specific patient problems.- Consult with multidisciplinary professionals about patient-related issues.
  - Provide individual therapy to patients.
  - Administer psychological testing to ethnically diverse children, adolescents, and adults
  - Administrative responsibilities
▪ Psychological Consultant to Hospitals, Rehabilitation, and Long-Term Care facilities.
  - Determine appropriate psychological treatments in conjunction with rehabilitation goals.
  - Prepare patient-specific treatment plans, emphasizing patient strengths, and focusing primarily on strategic interventions targeted toward specific patient difficulties.
  - Consult with multidisciplinary professionals about patient-related issues and maintain professional relationships with other community care-givers.
  - Serve as patient advocate interfacing with patients, families, staff, and administration.
▪ Custody and Competency Evaluations for Chancery Courts
▪ Serve as Expert Witness to the Court
▪ Average hours per week: 70-80

**▪ Gulf Coast Psychology Center**
12296-B Ashley Drive
Gulfport, MS 39503
(228) 832-2400
▪ General Duties: same as above
▪ Position: Psychologist: 1/1/99 - 12/31/99
▪ Average hours per week: 70-80
▪ Reason for leaving: to open my own practice

**▪ Applied Psychology Center**
2472 Pass Road
Biloxi, MS 39531
(228) 388-9303
Position: Psychologist: 8/25/97 - 12/31/98
▪ General Duties: same as above
▪ Post-Doctoral training
▪ Average hours per week: 50
▪ Reason for leaving: professional advancement

**▪ Northeastern Ohio Universities College of Medicine**
80 S. Summit Street
Akron, OH 44308-1732

(330) 535-8181
Position: Psychology Intern: 1994-1995
Clinical Director: Elizabeth K. Ott, Ph.D.
Focus: neuropsychology, rehabilitation, chronic pain, and community mental health
- Rotation at Edwin Shaw Hospital, a rehabilitation hospital: 7/1/94 - 12/31/94
- Rotation at Portage Path Community Mental Health Center: 1/1/95 - 6/30/95

- Patients: diverse adult and adolescent in-patients and out-patients in rehabilitation for CVAs, head injuries, or physical trauma; EAP patients, and community mental health out-patients
- General Duties: same as above in addition to
    - Facilitated two levels of groups for patients with severe head traumas.
    - Consulted with a multi-disciplinary team.
    - Consulted with community organizations and professionals about patient-related issues and maintained professional relationships with other community care-givers.
    - Developed and presented case reports and medical information at supervision, medical rounds, and medical staff meetings.
    - Reviewed diagnostic assessments completed by other agency staff.
    - Facilitated psycho-educational orientation groups.
- Average hours per week: 80
- Reason for leaving: completed internship


**Veterans Affairs Medical Center**
10,000 Brecksville Rd.
Brecksville, OH 44141
216-526-3030
Supervisor: Lori Rugle, Ph.D.
Position: Rehabilitation Research Technician: GS-5/1, part-time, temporary: 11/1/93 - 2/11/94
    - Plan, coordinate, collect, input, maintain, and analyze data
    - Record-keeping and documentation
    - Perform structured screening interviews and follow-up interviews
    - Participate in Domiciliary operations, training, and research programs
- Average hours per week: 25
- Reason for leaving: temporary position ended


**Coleman Community Mental Health Center**
3920 Lovers Lane
Ravenna, OH 44266
330-673-1347
Supervisor: Frank Gorbett, Ph.D.
Position: Psychological Assistant: 8/92-5/93
- Clientele: ethnically diverse adult population
    - Presented an in-service training session on hypnosis.
- General Duties: same as internship, in addition to:
    - Designed the major portion of the mental status section of the Intake Form.
- Average hours per week: 25 - 30
- Reason for leaving: completed practicum


**Counseling and Human Development Center**
White Hall, Kent State University
Kent, OH        44242
Supervisor: Dan L. Sanders, Ph.D.        330-643-3010
Position: Psychological Assistant: 8/91 - 5/92
- Clientele: ethnically diverse university students, faculty, and staff, and community members,
- General Duties: same as internship, in addition to:
    - Demonstrated suicide assessment *in vivo* via closed circuit camera to Master's level classes
- Average hours per week: 20 - 25
- Reason for leaving: completed practicum

3

**■ Bridgehaven**
Bridgehaven
1423 S. Fourth St.
Louisville, KY 40208
Supervisor: Dr. James Thompson        502-585-9911
Position: Counselor Trainee: 1/91 - 5/91
- Type of facility: a psycho-social rehabilitation facility (partial hosp)
- Patients: ethnically diverse adult patients with chronic, severe mental disabilities
    - Group facilitation: developed and conducted a 12-week self-esteem/communications group for chronic, low-
      functioning female patients with schizophrenia.
■ General Duties: same as above
■ Average hours per week: 20
■ Reason for leaving: completed practicum

## PEER-REVIEWED PUBLICATIONS

■ Simone, S. J., & Fulero, S. (2005). Tarasoff and the Duty to Protect. In S. F. Bucky, J. E. Callan, & G. Stricker (Eds.), Ethical and Legal Issues for Mental Health Professionals: A Comprehensive Handbook of Principles and Standards (pp.145 – 168).

■ Simone, S. J., & Fulero, S. M. (2001) Psychologists Perceptions of Their Duty to Protect Uninformed Sex Partners of HIV-Positive Clients. Behavioral Sciences and the Law, 19, (423-436).

■ Simone, S. J., & Fulero, S. (1998, August). Psychologists' perceived Tarasoff Duty to protect with HIV-positive clients. Paper presented at the American Psychological Association convention, San Francisco, CA.

## LICENSURE

| | | | | |
|---|---|---|---|---|
| ■ Psychologist: State of Mississippi | #35 591 | issued 6/20/97 | exp 6/30/09 | active |
| ■ Civil Commitment Certification | #99-01 | issued 10/9/99 | exp 7/1/09 | active |
| ■ LPC: State of Mississippi | #0593 | issued 2/21/97 | exp 6/30/98 | inactive |
| ■ LPCC: State of Ohio | #E2051 | issued 9/22/95 | exp 9/22/97 | inactive |

## PROFESSIONAL MEMBERSHIPS

■ American Psychological Association since 1988
■ Mississippi Psychological Association since 1997

## HOSPITAL STAFF PRIVILEGES

| Facility | | Appointment Date | Status |
|---|---|---|---|
| ■ Memorial Hospital of Gulfport | | 8/ 27/98 | Affiliate of the |
| 4500 Thirteenth St., | P. O. Box 1810 | | Medical & Dental Staff |
| Gulfport, MS 39502-1810 | (228) 867-4000 | | |
| ■ Select Specialty Hospitals of Gulfport and Biloxi | | 4/13/00 | Allied Health Professional |
| 648 Beach Boulevard | | | |
| Biloxi, MS 39530 | (228) 374-7474 | | |
| ■ Gulf Coast Medical Center | | 8/25/00 | Allied Health Professional |
| 180 DeBuys Rd. | | | |
| Biloxi, MS 39531 | (228) 388-0600 | | |
| ■ Biloxi Regional Medical Center | | | |
| 150 Renoir St. | (228) 432-1571 | 2/20/01 | Limited Health Practitioner |
| Biloxi, MS 39533 | | | Medical & Dental Staff |

4

# CONTINUING EDUCATION

| SEMINAR / WORKSHOP / CONFERENCE | PRESENTER / LOCATION | DATE | CEU hrs |
|---|---|---|---|
| Legal & Ethical Risks & Risk Management in Professional Psychological Practice-Sequence 1: General Risk Management Strategies | Jeffrey N. Youngren, Ph.D. MPA, Whitfield, Jackson, MS | 6/12/09 | 6 hrs ethics |
| This Wasn't Supposed to Happen to Me: A Ten-Choice Model for Recovery from Traumatic Events | Beverly Smallwood, Ph.D.; V.A. Biloxi, MS | 11/6/08 | 2.5 hrs |
| Ethics in Action: Applied Ethics, Legal Considerations, & Clinical Risk Management | David Jobes, Ph.D. | 10/24/08 | 6 ethics |
| River Oaks Psychiatric Hospital 1. Acceptance, Mindfulness, and Cognitive Therapy: Applications to Trauma-Based Eating Disorders 2. Understanding Shame and Compulsive Behaviors 3. Female Sexual Dysfunction: Myths, Dynamics & Treatment 4. Children, Adolescents & the Internet 5. Challenging Maladaptive Coping (Binge Eating) With Cognitive Behavioral Tools 6. Sexual Traffiking: Surviving Powerlessness 7. Medical Management for Trauma & Compulsivity 8. Master of Adversity or Helpless Reator: Resiliency vs Compulsivity 9. Spiritual Integration: Group Interventions for Exploring Core Spiritual Beliefs 10. Expressive Therapies | The New Orleans Institute 1. Paula Gay, Ph.D. 2. Lauren Langley, APRM-BC 3. Dawn D. Treigle, MSW, LCSW 4. Dianne Markel, MSW, LCSW & Ellis E. Lindsey, MSW, LCSW 5. Melissa P. Richard, MSW, LCSW, LLC 6. Rebecca Stilling, MSW, LCSW, LMFT 7. Thomas A. Hauth, MD 8. Daniel A Glaser, MSW, LCSW 9. Jeffrey D. Thompson, M.Div., LPC 10. Stephen H. Alfonso, MT-BC & Staff | Feb 15 & 16, 2008 | 11.5 |
| Ethical Decision Making for Psychologists and the APA Ethics Code | Stephen H. Behnke, JD, Ph.D. | 9/19/07 | 3 ethics |
| MPA's 58th Annual Convention | Biloxi, MS | 9/19-21/07 | 3 |
| Conducting Community-Based Forensic Evaluations: Forensic Evaluations Part 1 Forensic Evaluations Part 2 Forensic Evaluations Part 3 | Whitfield - MS State Hosptal Cris Lott, Ph.D., Gilbert MacVaugh, III, Psy.D., and Reb McMichael, M.D. | 1/31/07 2/1/07 2/2/07 | 4 8 4 |
| River Oaks Psychiatric Hospital 1. Trauma & Physiology: Sticks and Stones May Break My Bones, But Words Can Really Hurt You 2. Yesterday, Today, & Tomorrow: The Spirituality of Trauma, Addiction, and Hope 3. Power or Peril: Trauma's Impact on Love & Relationships 4. Aha! If So, Then What?: Balancing Insight and Symptom Control in Eating Disorders 5. Sexual Trafficking: Surviving Powerlessness 6. Expressive Therapies: A Multi-Modal Approach 7. Living in the Body: Reclaiming Sexuality 8. Sexual Anorexia: The Journey From Understanding Origins to Recovery 9. Male Sexual Dysfunction: Men's Sexual Health 10. Emotional Infidelity: Repairing Trust | The New Orleans Institute 1. Lauren Langley, APRM-BC 2. Jeffery D. Thompson, M.Div., LPC 3. Daniel A. Glaser, MSW, LCSW 4. Paula Gay, Ph.D. 5. Rebecca Stilling, MSW, LCSW, LMFT 6. Dannette Dollison-Johnson, MA, MT-BC, et al 7. Dianne Markel, MSW, LCSW 8. Melissa P. Richard, MSW, LCSW, L.L.C. 9. Scott Brothers, Ph.D.; Ellis E. Lindsey, MSW, LCSW 10. Dawn D. Treigle, MSW, LCSW | Jan/ 26 - 27/ 07 | 11.5 |
| Master Classes in Bipolar Disorder: A Clinical Update | Frederick K. Goodwin, M.D., Biloxi, MS | 3/7/07 | 1.0 CME |
| American Red Cross Foundations Disaster Mental Health Program | Bill Martin, Ph.D. | 9/22/06 | 6.5 |
| Legal & Ethical Risks & Risk Management in Professional Psychological Practice, Sequence 1: General Risk Management Strategies | Eric A. Harris, Ed.D., JD Jeffrey N. Younggren, Ph.D., ABPP | 8/9/06 | 6 - ethics |
| Vicarious Trauma: Issues for the Health Professional | Kathy Keyntjens, Ph.D. | 7/5/06 | 2 |
| Preoperative Psychological Evaluation of Bariatric Surgery Candidates | Julie Teeter, Psy.D. | 5/3/06 | 2 |
| Child Custody Evaluations: How to Serve the Courts, Survive Cross Examination, and Do No Harm to the Families | W. Criss Lott, Ph.D.; Trudi Zaplac Porter, J. D., Ph.D. | 5/13/05 | 3 - ethics |
| Hypnotherapy and Hypnosis as an Adjunctive Technique | Joseph Tramontana, Ph.D., VA | 3/2/05 | 2 |

| SEMINAR / WORKSHOP / CONFERENCE | PRESENTER / LOCATION | DATE | CEU hrs |
|---|---|---|---|
| Masters and Johnson Preferred Provider Trauma/Compulsivity Conference<br>1. Relational Intrusion & Sexual Assault<br>2. Extreme Makeovers: Eating Disorders as a Response to Life Transitions<br>3. Medical Insights & Management of Trauma and Compulsivity<br>4. Honoring the Healing Process with Children & Adolescents<br>5. Reclaiming Healthy Male Sexuality<br>6. Female Sexual Dysfunction: Sequalae to Trauma<br>7. Recovery Through Creativity<br>8. Sacred Narratives in the Context of Trauma Recovery<br>9. Expressive Therapies with Trauma and Compulsivity Clients | New Orleans, Louisiana<br>1. Daniel A. Glaser, LCSW<br>2. Paula Gay, Ph.D.<br>3. Thomas A. Hauth, M.D.<br>4. Dianne Markol, LCSW<br>5. S, Brother, Ph.D., E. E. Lindsey, LSSW<br>6. Dawn D. Treigle, LCSW<br>7. Melissa Piazza Richard, LCSW<br>8. Jeffrey D. Thompson, M.Div, LPC<br>9. Stephen M. Sifonso, MT-BC, et.al. | Feb 25-26, 2005 | 12 |
| Assessing Decisional Capacity ("Competency"): Legal, Ethical, and Practical Issues | Chester D. Gaston, Jr., Ph.D. & Jefferson Rogers, Psy.D. | 2/2/05 | 2 - ethics |
| Recognizing the DSM-IV: Personality Disorders | Thomas L. Rochat, Ph.D. | 1/15/05 | 6 |
| Review of Ethical Principals and Situations | Thomas L. Rochat, Ph.D. | 1/10/05 | 3 - ethics |
| Legal Issues in Behavioral Health in Mississippi | Ronald Farris & James Cox, Attys. | 8/27/04 | 6 |
| Anger Control Made Easy | Israel Kalman, M.S. | 7/14/04 | 6 |
| Psychopharmacology and Psychotherapy: Ethical Considerations for the Clinical Practitioner | Thomas A. Smith, M.S., L.M.H.C., P.D., F.A.S.C.P. | 5/14/04 | 6 - ethics |
| 3rd Annual Gulf Coast Alzheimer's Conference | Richard Powers, MD, William Howell, Esq., & Melora Jackson | 3/30/04 | 5.5 |
| Brief Neuropsychological Assessment | Risa Nakase-Thompson, Ph.D. | 4/7/04 | 2.0 |
| Clinical Supervision: Ethical, Legal, and Evaluative Issues | Philip G. Cooker, Ph.D. | 3/5/04 | 3 - ethics |
| Competent and Ethical Practice in 2003: Doing Good and Staying Out of Trouble | Michael D. Roberts, Ph.D.<br>C. Gerald O'Brien, Ph.D. | 9/25/03 | 3 - ethics |
| Practical Approach to Improving Drug Therapy Outcomes Through Enhanced Patient Adherence | Cindy Noble, Pharm.D. | 9/26/03 | 2 |
| Mississippi Psychological Association 2003 Annual Convention | MPA | 9/24-27/03 | 3 |
| Legal and Ethical Risks and Risk Management in Professional Psychological Practice: Sequence I: General Risk Management Strategies | Jeffrey N. Younggren, Ph.D., ABPP | 3/28/03 | 6 |
| Counseling Victims of Sexual Abuse: The Three Stages of Healing | | 12/18/02 | 6 |
| Practicing Ethically in the Custody Area | Katherine Nordal, Ph.D.; C. Gerald O'Brien. Ph.D.; Michael D. Roberts, Ph.D. | 9/7/02 | 1 - ethics |
| Mississippi Psychological Association 2002 Annual Convention<br>Acquired Neurological Injuries, Relevant Issues for the General Clinician<br>Advances in Antidepressant Pharmacotherapy | Risa N. Thompson, Ph.D. Clea Evans, Ph.D.; Chad D. Vickery, Ph.D.<br>Brian L. Crabtree, Pharm.D., BCPP | 9/5-8/02 | 3 |
| Current Issues in Child Abuse & Child Custody Evaluations | Seth Kunen, Ph.D.; Leighton Stamps, Ph.D | 10/26/01 | 4 |
| Child Custody Evaluations | Criss Lott, Ph.D. | 5/15/98 | 3 |
| Workshop Guidelines for Custody Evaluations | Jackson, MS | 10/99 | 2 |
| Preferred Provider Conference | River Oaks Psychiatric Hospital, New Orleans, LA | 2/22-23/02 | 10.5 |
| Alzheimer's Conference | Biloxi, MS | 2/8/02 | 4 |
| Disaster Psychology: The Role of Mental Health in the 9/11 WTC Disaster Recovery | John C. Hanson, Ph.D. | 3/6/02 | 2 |

| SEMINAR / WORKSHOP / CONFERENCE | PRESENTER / LOCATION | DATE | CEU hrs |
|---|---|---|---|
| Social Anxiety and Alcohol Use: Empirical Findings and Clinical Applications | Randy S. Burke, Ph.D. | 4/3/02 | 2 |
| Smoking Cessation: Assessment and Treatment of Tobacco Dependence | Shirley J. Butts, Psy.D. | 5/1/02 | 2 |
| Assessment and Empirically Based Treatment of Posttraumatic Stress Dis. | Patrick O. Smith, Ph.D. | 6/28/02 | 3 |
| Understanding Anger, A Seminar for Health Professionals | Brad Barris, Ph.D. | 3/6/00 | 6 |
| Learn How to Help Adult & Child Survivors of Sexual Abuse | Adena B. Lees, CISW, ICADC | 12/6/01 | 5.5 |
| Statistical Procedure for Interpreting Individual Test Data | Martin Rohling, Ph.D. | 6/6/01 | 2 |
| Fifth Gulf Coast Conference on the Treatment of Addictive Disorder | VA Learning University | 8/5 - 6/99 | 12 |
| Best Practices in the Treatment of PTSD | Leslie P. Root, Ph.D. | 7/11/01 | 2 |
| Depression in All Ages: Treatment Issues for Depression In Children, Adults, and Elderly | MS Child Abuse Association | 5/12/01 | .5 |
| Ethical Principles and Professional Guidelines in Informed Consent | William Goggin, Ph.D.; Charles Noblin, Ph.D.; Karen Lundy, Ph.D. | 5/2/01 | 2 |
| Understanding and Managing Children Who Present with ADD/ADHD Behaviors | Grad Flick, Ph.D. | 3/27/02 | n/a |
| Preferred Provider Conference | River Oaks Psychiatric Hospital, New Orleans, LA | 1/26-27/01 | 10 |
| Who Moved My Cheese? | Carl King, LMSW, CSW | 2/20/02 | n/a |
| Evaluation/Treatment of Substance Abuse Disorders | William Gasparrini, Ph.D. R. Branton, LPC | 1/30/01 | n/a |
| Mental Health and The Law | Medical Educational Services, Inc. | 10/16/00 | 6 |
| Mississippi Psychological Association Annual Conventions of 2000 | MPA | 10/00 | 3 |
| Interdisciplinary Treatment of Chronic Pain | L. Serebro, A. Koestler, R. Voihra, Ph.D. et al | 7/22-23/00 | 4 |
| The Role of Culture in Mental Health | Mark Leach, Ph.D. | 5/3/00 | 2 |
| Adlerian Contributions to Consultations with Parents | Daniel L. Randoph, Ph.D. | 3/1/00 | 2 |
| APA Ethical Principles, Standards, and Professional Guidelines | William Gasparrini, Ph.D. | 2/2/00 | 2 |
| Acute Stroke Management | David Lee Gordon, M>d. | 6/10/99 | n/a |
| Mississippi Psychological Association Annual Conventions of 1998 | MPA | 9/98 | 3 |
| Mississippi Psychological Association Annual Conventions of 1999 | MPA | 10/99 | 3 |
| Sexual Abuse: Predator and Prey | Sheridan Tucker, M.D.; Pepper McKeough, LCSW | 7/16/02 | n/a |
| Clinical Applications of Hypnosis | Daniel T. Moore, Ph.D. | 8/5/98 | 2 |
| Cognitive-Behavioral Approaches to the Treatment of Aggression in Adults | Mitchell E. Berman, Ph.D. | 7/1/98 | 2 |
| Existential Psychotherapy | Gregory T. Eells, Ph.D. | 6/3/98 | 2 |
| Management of Behavioral Disturbances in the Neurocognitively Impaired Elderly Patient | Josepha A. Cheong, M.D. | 5/6/98 | 2 |
| Child Sexual Abuse Evaluations | Rita L. Porter, Ph.D.; Lisa B. Yazdani, Ph.D. | 5/15/98 | 3 |
| The Wechsler Scale Revisions: WAIS-III and WMS-III | David M. Schwartz, Ph.D. | 9/18/97 | 4 |
| Assessment and Treatment of Chronic Pain | Akron General Medical Center | 10/4/96 | 4.75 |

| SEMINAR / WORKSHOP / CONFERENCE | PRESENTER / LOCATION | DATE | CEU hrs |
|---|---|---|---|
| Psychotherapy Versus Medication for Depression: Challenging the Conventional Wisdom with Data | Akron General Medical Center | 9/25/96 | 1 |
| Chemical Dependence and Substance Abuse – An Update | Akron General Medical Center | 8/22/96 | 1.5 |
| Modern Hypnosis for Psychosomatic Disorders | Akron General Medical Center | 6/27/96 | 1.5 |
| Quigong | Cynthia G. White, Psy.D. | 10/27/95 | 1 |
| Sexual Trauma, Memory, and Recovery | Frederick L. Peterson, Jr., Psy.D. | 10/28/95 | 6 |
| The Business of Therapy: Establishing and Maintaining Your Successful Private Practice | OH Psychological Assoc. Conference | 10/91 | 2 |
| How to Use Psychological Assessment Tools to Enhance Marketability | OH Psychological Assoc. Conference | 10/99 | 4 |
| Current Considerations in Chronic Pain Management | M. A. Royal, M.D. | 5/99 | n/a |
| Smoking, Smoking Cessation, and Building Your Own Cessation Program | Garland V. DeNelsky, Psy.D. | 10/27/95 | 3 |
| How the Behavioral Healthcare System is Evolving | David Drum, Ph.D. | 3/31/95 | 2 |
| Manic Depressive Illness, Creativity and Treatment Implications | Akron General Medical Center | 7/28/94 | 1.5 |
| Post-Graduate Course in Practical Hypnosis | American Academy of Medical Hypnoanalysists | 5/23-24/92 | 13 |
| Fundamentals of Ericksonian Hypnotherapy | Jeffrey Zeig, Ph.D. | 4/24/92 | 6 |
| Eye Movement Desensitization and Reprocessing Level I Basic Seminar | Francine Shapiro, Ph.D. | 5/93 | 6 |
| Eye Movement Desensitization and Reprocessing Level II Certification Seminar | Francine Shapiro, Ph..D. | 7/93 | 6 |
| Counseling Survivors of Childhood Sexual Abuse | Claire B. Draucker, RN, Ph.D. | 3/31/95 | 2 |
| Emergency Psychiatry: An Update | NE OH Universities College of Medicine | 8/25/94 | 1.5 |
| New Developments in the Drug Treatment of Schizophrenia | NE OH Universities College of Medicine | 9/22/94 | 1.5 |
| Cognitive Therapy in the Treatment of Borderline Personality Disorder | NE OH Universities College of Medicine | 9/23/94 | 6 |
| Legal Issues in Behavioral Health in Mississippi | Ronald Farris & James Cox, Attys. | 8/27/04 | 6 |
| Anger Control Made Easy | Israel Kalman, M.S. | 7/14/04 | 6 |
| Psychopharmacology and Psychotherapy: Ethical Considerations for the Clinical Practitioner | Thomas A. Smith, M.S., L.M.H.C., P.D., F.A.S.C.P. | 5/14/04 | 6 – ethics |
| 3rd Annual Gulf Coast Alzheimer's Conference | Richard Powers, MD, William Howell, Esq., & Melora Jackson | 3/30/04 | 5.5 |
| Brief Neuropsychological Assessment | Risa Nakase-Thompson, Ph.D. | 4/7/04 | 2.0 |
| Clinical Supervision: Ethical, Legal, and Evaluative Issues | Philip G. Cooker, Ph.D. | 3/5/04 | 3 – ethics |
| Competent and Ethical Practice in 2003: Doing Good and Staying Out of Trouble | Michael D, Roberts, Ph.D. C. Gerald O'Brion, Ph.D. | 9/25/03 | 3 – ethics |
| Practical Approach to Improving Drug Therapy Outcomes Through Enhanced Patient Adherence | Cindy Noble, Pharm.D. | 9/26/03 | 2 |
| Mississippi Psychological Association 2003 Annual Convention | MPA | 9/24-27/03 | 3 |

8

## PROFESSIONAL EDUCATION

| | | |
|---|---|---|
| Kent State University<br>Kent, Ohio 44242 | Ph.D. in Psychology | 24 August, 1996 |
| Spalding University<br>851 S. Fourth Street<br>Louisville, KY 40203-2188 | M.A. in Counseling Psychology | 4 May, 1991 |
| Purdue University<br>2200 169th Street<br>Hammond, IN 46323-2094 | B. A. in Psychology | 21 May, 1989 |

**INTERNSHIP**

| | | |
|---|---|---|
| Northeastern OH Univ. College of Medicine<br>James Orlando, Program Director<br>37 N. Broadway St.<br>Akron, OH 44380 | Psychology Internship | 15 June, 1995 |

**RESIDENCIES / FELLOWSHIPS**
Applied Psychology Center
2472 Pass Rd.
Biloxi, MS 39531

POST-DOC YEAR
Dr. William Gasparrini
Post-doc clinical training in Psychology from 8/97 - 12/98
successfully completed the program

## PEER REFERENCES

Dr. Dorothy Dickson-Rischel
Memorial Hospital of Gulfport
4500 Thirteenth St.,          P. O. Box 1810
Gulfport, MS 39502-1810      (228) 867-4000

Dr. Beth Curry
Memorial Hospital of Gulfport
4500 Thirteenth St.,          P. O. Box 1810
Gulfport, MS 39502-1810      (228) 867-4000

Dr. Dan Vujnovich
2486 Pass Rd.                (228) 388-6006
Biloxi, MS 39531

9



# MISSISSIPPI BOARD OF PSYCHOLOGY

This certifies that

## Dr. Simone J. Simone, Ph.D.

Whose credentials have been approved by the Mississippi Board of Psychology

License number 35-591    originally issued on 6/20/1997

Has registered with the Mississippi Board of Psychology as required by Title 73, Chapter 31, Sections 1-29, of the Mississippi Code 1972 Annotated, and is licensed to practice as a PSYCHOLOGIST and is duly certified to perform CIVIL COMMITMENT EVALUATIONS in the State of Mississippi

License currently Valid from July 1, 2007 through June 30, 2008

Executive Secretary



## William Gasparrini, Ph.D., ABPP

Clinical Psychologist
Applied Psychology Center, P.C.
2472 Pass Road
Biloxi, MS 39531-2836
Phone (228) 388-9303
Fax (228) 388-9306

April 17, 2002

To Whom It May Concern:

Re:     Simone Simone, Ph.D.

Dr. Simone worked under my supervision for her first year of Post-Doctoral clinical experience. During this time, she performed many custody evaluations under my supervision.

I can verify that she completed her year of Post-Doctoral training in Clinical Psychology.

Sincerely,

W. Gasparini, PhD

William Gasparrini, Ph.D.
Clinical Psychologist

WG/act-1

BE IT KNOWN THAT THE TRUSTEES OF

# PURDUE UNIVERSITY

UPON NOMINATION OF THE FACULTY OF THE
SCHOOL OF LIBERAL ARTS AND SCIENCES
HAVE GRANTED TO

SIMONE JOHANNA SIMONE

THE DEGREE OF

BACHELOR OF ARTS

IN RECOGNITION OF THE FULFILLMENT OF THE
REQUIREMENTS FOR THAT DEGREE
AWARDED AT HAMMOND IN THE STATE OF INDIANA

MAY 21 1989



---

# Spalding University

Louisville, Kentucky

By authority of the Board of Trustees
and upon recommendation of the Faculty hereby confers upon

Simone J. Simone

the degree of

Master of Arts

with all its honors, rights and privileges
Given under the seal of the University at Louisville, Kentucky
May 4, 1991

 

---

# Kent State University

This is to certify that
the Board of Trustees of Kent State University,
upon the recommendation of the faculty, has conferred upon

Simone J. Simone

the degree of

Doctor of Philosophy

with all the honors, rights, and privileges of that degree.
Done at Kent, Ohio, this twenty fourth day of August
nineteen hundred and ninety-six

---

# Northeastern Ohio Universities
## College of Medicine

### Psychology Internship Program

This is to certify that

## SIMONE J. SIMONE

has satisfactorily completed the Psychology Internship Program
Approved By The American Psychological Association
Witnessed this fifteenth day of June, nineteen hundred and ninety-five



Training Committee