# William Max Drechsel

11858 Klein Road
Gulfport, MS  39503
Phone (228) 236-5822

## ◆PROFESSIONAL EXPERIENCE

11/2005 to Present  **Drex Executive Protection** - Owner / Chief Investigator

01/2004 to 10/2005  **Security Screener** - Homeland Security / TSA – Gulfport-Biloxi International Airport

09/2000 – 01/2004  **Harrison County Sheriff's Department - Corrections Division –**
Sergeant / Shift Supervisor – Duties & Responsibilities:
- Supervisor in charge of 16 deputies and K-9
- Supervisor / Instructor of the F.T.O. program
- Law enforcement academy instructor
- Instructor for the in-service training program
- C.E.R.T. Armorer
- Maintained shift schedules/payroll

11/1997 – 04/2000  **Chief Constable** - Dingmans Ferry, PA – Duties & Responsibilities:
- Elected official - Six year term of office
- Provided fugitive apprehension for various law enforcement agencies
- Maintained payroll and schedules
- Maintained law and order – kept the peace
- Assisted in setting up neighborhood watch programs
- Emergency Management member

02/1995 – 02/1998  **Lieutenant / Shift Commander** - Pike County Sheriff's Department, Hawley, PA – Duties & Responsibilities:
- Supervisor in charge of two sergeants and 14 officers
- Transition team leader in opening of new facilities
- Developed policy and procedures to be used in new and existing jails
- Lieutenant of internal affairs
- Instructor for the in-service training program
- Firearms range safety officer
- In charge of payroll/scheduling

Exhibit "2"

01/1994 – 07/1997   **Captain / Security Police** - Gold Key Country Club, Milford, PA
Duties & Responsibilities:
- Oversaw patrol of 865 homes and 32 miles of roadway
- In charge of payroll/scheduling
- In charge of training/certifications
- In charge of school police
- In charge of dispatch/communications
- In charge of beach/marine patrol

01/1992 – 01/1994   **Police Sergeant** - U.S. Department of Veterans Affairs, Lyons, NJ
Duties & Responsibilities:
- Patrolled housing areas and medical center
- Police patrol supervisor
- U.S. District Court liaison officer
- N.J. Narcotic Enforcement Officers Association

01/1990 – 01/1992   **Security Supervisor** - Beneficial Management Corp., Peapack-Gladstone, NJ - Duties & Responsibilities:
- Shift supervisor of security at corporate headquarters
- Protected the Board of Directors
- Performed internal investigations
- Monitored alarms and cameras

03/1987 – 03/1990   **Police Supervisor** - U.S. Army Military Police Corps. – Ft. McClellan, AL - Duties & Responsibilities:
- Narcotics investigator
- Desk sergeant / patrol sergeant
- Traffic accident investigator
- S.E.R.T. member
- N.A.T.O. International Military Police

03/1986 – 03/1987   Corrections Officer - Warren County Jail, Belvidere, NJ –
Duties & Responsibilities:
- Intake officer
- Booking officer
- Transition team / opening of new jail facilities
- Central control operator

### ◆ACADEMICS

01/1997     Lackawanna Junior College Police Academy, Scranton, PA

06/1995     Pennsylvania State Corrections Academy, Elizabethtown, PA

| | |
|---|---|
| 06/1992 | U.S. Department of Veterans Affairs Police Academy, North Little Rock, AR |
| 08/1987 | U.S. Army Military Police Corps Academy, Ft. McClellan, AL |

## ◆SUPERVISORY SCHOOLS

| | |
|---|---|
| 12/2002 | Mississippi State Police Academy<br>• Instructor Techniques |
| 07/2002 | American Correctional Association<br>• Correctional Supervision |
| 03/2002 | State of Mississippi – Department of Public Safety<br>• Mississippi Law Enforcement Instructor |
| 01/2002 | State of Mississippi – Department of Public Safety<br>• Mississippi Detention Officer Instructor |
| 08/2001 | Mississippi State Police Academy & DOJ's National Institute of Corrections<br>• Certified to Create and Direct FTO Programs and Certify FTOs for Correction Facilities |
| 02/2001 | Southern Regional Public Safety Institute, University of Southern Mississippi - Gulf Coast<br>• First Line Supervisor |
| 06/1997 | American Jail Association, Arlington, VA<br>• Training for Line Supervisors in Direct Supervision |
| 11/1995 | Monroe County Corrections, Pike County, PA<br>• Supervisory Leadership Skills |
| 07/1995 | National Sheriffs Association, Pike County, PA<br>• First / Second Line Jail Supervisors Training Program |
| 06/1995 | Pennsylvania State Corrections Academy<br>• Cadre Development |
| 04/1993 | Warren County Community College, Washington, NJ<br>• Effective Communication Skills for Criminal Justice Professionals |

| | |
|---|---|
| 10/1992 | Morris County Police Academy, Morristown, NJ<br>• Police Supervision |
| 10/1992 | Morris County Police Academy, Morristown, NJ<br>• N.J.S.P. Incident Command |

### ◆SPECIALIZED TRAINING IN THE FOLLOWING AREAS

- P.P.C.T
- C.P.R. / first aid instructor
- K-9
- Bombs / booby traps / entry teams
- Fire arms / lethal weapons
- Narcotics
- Pepper spray
- Use of force
- Baton usage & handcuffing
- Prisoner transports
- Traffic enforcement
- Constitutional Law
- Emotionally disturbed persons
- Fire fighting
- Airport/runway security
- Report writing
- C.E.R.T. / S.E.R.T.
- Certified weapons armorer
- Investigations
- Defensive driving
- Search & seizure
- Fugitive apprehension
- Courtroom security
- Court / trial testimony
- Officer safety
- Human relations / ethics
- Interpersonal communication skills
- Metal-Tec Instructor
- F.T.O. / O.J.T. Instructor / Developer
- M.L.E.O.T.A. Instructor Techniques / Police
- Law enforcement / corrections instructor

### ◆REFERENCES – PROVIDED UPON REQUEST

# LIST OF PRIOR CASES IN WHICH I HAVE TESTIFIED OR GIVEN A DEPOSITION AS AN EXPERT

Rodney R. Goulette v. Harry D. Hocks, The Wackenhut Corp., Mississippi Coast Coliseum and Convention Center and John Does - Circuit Court of Harrison County, Second Judicial District - Cause No.: A2402-2004-00016.

William Bryan Averill & Margaret Mary Averill v. Sharda, inc. d/b/a America's best Suites d/b/a Best Suites of America and John Does - Circuit Court of Hinds County, First Judicial District - Cause No.: 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-CIV

I have testified and/or given depositions as an expert in other jurisdictions. However, all except the above occurred more than 10 years prior.