Case 1:07-cv-01223-LG-RHW    Document 165-5    Filed 09/17/09    Page 1 of 5

Thomas H. Christiansen, M.Ed., CRC, CDMS, CLCP, LPC
Vocational Consultant
4326 Boulevard Park North
Mobile, Alabama 36609
(251) 343-5400 or (800) 960-1118

## WORK EXPERIENCE

| | |
|---|---|
| Employer: | **Carlisle & Associates**<br>**Mobile, Alabama** |
| Job Title: | Licensed Professional Counselor<br>January 2002 - Present |
| Duties: | Interpret psychological and experiential data to determine vocational potential and assist vocationally disabled individuals in establishing alternate career goals; assist individuals in realizing gainful employment; provide medical management; administer and interpret vocational testing; provide vocational, motivational, and supportive counseling. |
| Employer: | **Independent Vocational Rehabilitation Services**<br>**Mobile, Alabama** |
| Job Title: | Licensed Professional Counselor<br>January 1992 - December 2001 |
| Duties: | Interpreted psychological and experiential data to determine vocational potential and assist vocationally disabled individuals in establishing alternate career goals; assisted individuals in realizing gainful employment; provided medical management; administered and interpreted vocational testing; provided vocational, motivational, and supportive counseling. |
| Employer: | **IntraCorp**<br>**Birmingham, Alabama** |
| Job Title: | Vocational Rehabilitation Specialist<br>February 1989 - December 1991 |

Exhibit "4"

| | |
|---|---|
| Duties: | Interpreted psychological and experiential data to determine vocational potential and assist vocationally disabled individuals in establishing alternate career goals; assisted individuals in realizing gainful employment; provided medical management; administered and interpreted vocational testing; provided vocational, motivational, and supportive counseling. |
| Employer: | **Carlisle & Associates**<br>**Mobile, Alabama** |
| Job Title: | Vocational Rehabilitation Counselor<br>October 1985 - February 1989 |
| Duties: | Interpreted psychological and experiential data to determine vocational potential and assist vocationally disabled individuals in establishing alternate career goals; assisted individuals in realizing gainful employment; provided medical management; administered and interpreted vocational testing; provided vocational, motivational, and supportive counseling. |
| Employer: | **Mobile Association for the Blind**<br>**Mobile, Alabama** |
| Job Title: | Vocational Rehabilitation Counselor<br>May 1979 - October 1985 |
| Duties: | Interpreted psychological and experiential data to determine vocational potential and assist vocationally disabled individuals in establishing alternate career goals; assisted individuals in realizing gainful employment; provided medical management; administered and interpreted vocational testing; provided vocational, motivational, and supportive counseling. |

## EDUCATION

University of South Alabama, Mobile, Alabama
    Master of Education Degree in Rehabilitation Counseling, 1980

University of Southern Mississippi, Hattiesburg, Mississippi
    Bachelor of Science Degree in Psychology, 1976

## PROFESSIONAL CERTIFICATES

Licensed Professional Counselor, State of Alabama, Board of Examiners in Counseling, License Number 592

Certified Rehabilitation Counselor, The Commission on Rehabilitation Counselor Certification, CRC Number 00004894

Certification of Disability Management Specialists Commission, Division of Board for Rehabilitation Certifications, Number 04117

Certified Life Care Planner, Commission on Health Care Certification, CLCP Number 0675

## LIFE CARE PLAN/MEDICAL COST PROJECTIONS

ACL tear, left shoulder and left knee replacement
Anterior cervical discectomy and fusion, C5-6
Anterior instrumentation and fusion of spinal cord, vertebral body placement and cage arthrodesis
Arachnoiditis, ultrathecal catheter and synchomed pain pump
Bilateral femoral fracture with intermedullary rod fixation, advanced age
Bilateral carpal tunnel syndrome, spondylosis C-spine, osteoarthritis with meniscal tear right knee
Bilateral hip fractures with ORIF intermedullary rod placement, Alzheimer's Disease
BTK amputation
Calcaneal fracture, partial degloving of foot and chronic pain
Cervical discectomy with intractable pain, cervical fusion, chronic depression
Decubiti ulceration with flap resection
Degloving, bilateral hands, post-traumatic stress disorder (PTSD) and pre-existing obsessive compulsive disorder (OCD) with history of narcotic abuse
Humeral and scapular fractures, heterotopic ossification, chronic depression
Lead exposure
Parkinsonism
Quadraplegia
Reflex Sympathy Dystrophy (RSD)
Retinopathy of Prematurity
Tetraplegia
Tetraplegia (incomplete) resulting from transoral odontoidectomy with resection of pannus and decompression of cord, posteriorcervical fusion
T-8 paraplegia with urostomy and stress fractures
T9-10 subluxation with complete transection, multiple decubiti flap resections, colostomy
TMJ, tinnitus with positional vertigo, chondrolysis of hip
Transfemoral amputation
Traumatic amputation of multiple digits with subsequent rectus and great toe flaps
Traumatic brain injury, BTK amputation, intestinal resection and diabetic neuropathy
Traumatic incomplete paraplegia with patello-femoral syndrome, neurogenic bladder

Two level laminectomy with discectomy at L3-4 and L4-5; two level L3-4 and L4-5 anterior fusion; intradiscal electrothermal annuloplasty (IDET) at L4-S1; spinal cord stimulator; failed back syndrome

## PROFESSIONAL MEMBERSHIP

Mental Health Association of Mobile County

## CONTINUING EDUCATION

Presentation, Life Care Planning, Alabama Bar Association, Worker's Compensation Division, November 2008
Medicare Set Aside Training Course, August 2008
Counseling Ethics, July 2008
Fundamentals of Vocational Rehabilitation, December 2007
Speaker, "Life Care Plans", AWCO Last Chance Seminar, November 2006
Rehabilitation Consultant's Handbook, Part II, October 2006
Strategic Case Management, December 2005
Burn Trauma, November 2004
Medicare Set Aside Arrangement Conference, October 2004
Counseling Ethics, June 2004
Preparing a Life Care Plan on a Catastrophic Case, August 2003
22nd Annual AWCO Inc. Educational Seminar, April 2003
Preparing a Life Care Plan on a Catastrophic Case, February 2003
Rehab Consulting & Life Care Planning, February 2003
TBI/Pediatric Brain Damage, February 2003
Multiple Disabilities, December 2002
Traumatic Brain Injuries, December 2002
Rehab Consulting & Case Management, October 2002
Forensic Rehabilitation, July 2002
Spinal Cord Injuries, June 2002
Tenets & Methodology, June 2002
15th Annual Mississippi WC Educational Conference, April 2002
Directions in Rehabilitation Counseling, Vol. 10, February 2002
Ethical and Professional Issues in Counseling, February 2002
Directions in Rehabilitation Counseling, Vol. 9, July 2000
Return to Work, July 2000
Directions in Rehabilitation Counseling, Vol. 7, July 1998
Rehabilitation Consultant Strategies, July 1997
Workplace Accomodation, December 1996
Directions in Rehabilitation Counseling, Vol. 4, March 1996
Essential Functions: ADA, June 1996
In Touch Training, March 1995
Directions in Rehabilitation Counseling, Vol. 3, March 1993
Montgomery Regional Workshop, September 1992
Psychological Treatment Issues for Victims, August 1992
Enhancing Community Living Skills for Brain-Injured People from Hospital to Home;

A Team Approach, April 1992
Finishing Your Business With Mother, March 1992
Strengthening Families in the Decade of the 90s, March 1992
From Addiction to Intimacy in Relationships, February 1992
Phobia and Panic Disorder Conference, February 1992
In Touch Training, May 1991
Alabama Worker's Compensation Law, April 1990
Legal Issues Involving Rehab Professionals and Overview of the Comp Law, December 1989
Life Care Plan v. Cost Projection, December 1989
Rehabilitation Orientation, September 1989
Vocational Expert Witness, March 1989
Work Capacity Evaluation, December 1988
The Role of the Rehabilitation Counselor in Longshore and Harbor Workers Compensation, April 1988
Working with Brain Injured Individuals, March 1988
Vocational Evaluation Using the PAS 1, January 1988
The Role of Arthroscopic Surgery, December 1987
Dealing with Depression, June 1987
Time Management, June 1987