## Haley Broom

| | |
|---|---|
| **From:** | Elizabeth Teeple |
| **Sent:** | Tuesday, October 06, 2009 3:05 PM |
| **To:** | chaselaw@bellsouth.net |
| **Cc:** | Haley Broom; Trish Misko |
| **Subject:** | Al-Khidir v. Harrison County, et al. - Good Faith attempt |
| **Attachments:** | Good Faith Certificate 10-6-09.wpd; Order Granting Motion to Compel.pdf; 3rd Good Faith Letter to Chase 10-6-09.pdf |

Dear Mr. Chase:

Please find attached a copy of Mrs. Broom's original good faith correspondence, the Good Faith Certificate, and a copy of the Order granting our Motion to Compel. Originals of these documents will follow via U.S. Mail.

Sincerely,

Liz Teeple for Haley N. Broom



EXHIBIT "B"

10/12/2009

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long
~~~~~~~
Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

WILLIAM F. DUKES
(1927 - 2003)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

~~~~~~~

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telepone: 601-583-0999
Facsimile: 601-583-0997

October 6, 2009

***VIA E-MAIL & U.S. MAIL***
Alvin Chase, Esq.
Chase, Chase & Associates, PLLC
10345 D'Iberville Blvd., Suite D
D'Iberville, MS 39540

      RE:    Only Al-Khidhr vs. Harrison County, Mississippi, et al
                Civil Action No. 1:07cv1223
                Our File No. 1811.0123

Dear Alvin:

      On September 21, 2009, the Court entered an Order granting Defendant's Motion to Compel. To date we have not received Plaintiff's complete responses to Defendant's First Set of Interrogatories as many of the responses merely state that your client "will supplement," nor have we received Plaintiff's responses to Defendant's Request for production of Documents, including signed executed medical waivers previously served on April 15, 2009, and again sent via e-mail to Plaintiff's counsel on August 4, 2009.

      Please consider this our last good faith attempt to resolve this discovery dispute. Please provide us with your discovery responses and all of the authorizations, or sign the enclosed Good Faith Certificate noting your objection to our request on or before the close of the business day of Wednesday, October 7, 2009. If I do not receive your discovery responses by October 7th, I will file the appropriate motion with the court at that time.

                                      Very truly yours,

                                      Haley N. Broom

FORM 5 (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

ONLY AL-KHIDIR

**Plaintiff**

V.                                                                CIVIL ACTION        1:07cv1223LG-JMR
                                                                  NO.

HARRISON COUNTY, MISSISSIPPI, ET AL.

**Defendants**

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Motion to Compel

Counsel further certify that:

✔ as appropriate:

    1. The motion is unopposed by all parties.

    2. The motion is unopposed by:

✔    3. The motion is opposed by: Plaintiff

    4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

FORM 5 (ND/SD MISS. DEC. 2000)

This the _____ day of _____ 2009.

_____
Signature of Plaintiff's Attorney

_____
Alvin Chase MSB #5968
Typed Name and Bar Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ONLY AL-KHIDHR                                              PLAINTIFF

VERSUS                               CIVIL ACTION NO. 1:07CV1223-LG-RHW

HARRISON COUNTY MISSISSIPPI et al                           DEFENDANTS

### ORDER GRANTING MOTION TO COMPEL

Before the Court is the [163] Motion to Compel filed by Defendants Rick Gaston, Ryan Teel, and Morgan Thompson. Defendant argues that Plaintiff's discovery responses are inadequate. The discovery deadline in this case is set for October 16, 2009. To the extent that Plaintiff has not provided complete responses to discovery and in order to accommodate the fast-approaching discovery deadline, the Court finds that Defendant's motion to compel should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [163] Motion to Compel is GRANTED, and that Plaintiff shall have two weeks, or until **October 5, 2009**, to serve complete discovery responses.

SO ORDERED, this the 21st day of September, 2009.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE

## Haley Broom

**From:** Elizabeth Teeple
**Sent:** Thursday, October 08, 2009 9:49 AM
**To:** Haley Broom
**Subject:** FW: Al-Khidir v. Harrison County, et al. - Good Faith attempt

For your review.

---

**From:** chaselaw@bellsouth.net [mailto:chaselaw@bellsouth.net]
**Sent:** Thursday, October 08, 2009 7:43 AM
**To:** Elizabeth Teeple
**Subject:** Re: Al-Khidir v. Harrison County, et al. - Good Faith attempt

Liz

Please pass this to Ms Broome. Somehow I got the date Plaintiff's responses were due confused with another deadline. I am working today on getting the responses to you. Please give me through today to get that to you before you file your motion to compel.

I apologize for the delay.

Thanks
--
Alvin Chase
10345 D'Iberville Blvd. Suite D
P.O. Box 7119
D'Iberville, MS 39540
Phone: (228)-396-3300
Fax: (228)-396-1494


-------------- Original message from "Elizabeth Teeple" <eteeple@ddkf.com>: --------------

Dear Mr. Chase:

Please find attached a copy of Mrs. Broom's original good faith correspondence, the Good Faith Certificate, and a copy of the Order granting our Motion to Compel. Originals of these documents will follow via U.S. Mail.

Sincerely,

Liz Teeple for Haley N. Broom

10/12/2009