IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ONLY AL-KHIDHR                                                                PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:07CV1223LG-RHW

HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON, JOHN DOES 1-4,
AMERICAN CORRECTIONAL ASSOCIATION,
JAMES A. GONDLES, JR., UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC;
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
HEALTH ASSURANCE, LLC                                                      DEFENDANTS

### AFFIDAVIT IN SUPPORT OF
### MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH COURT ORDER OF HALEY N. BROOM, ESQ.

Affidavit in support of Motion to Compel against Plaintiff, Only Al-Khidhr:

Haley N. Broom, who being by me first duly sworn, upon information and belief, states the following:

1. That on October 6, 2009, I sent counsel for Plaintiff, Only Al-Khidhr, correspondence and a Good Faith Certificate to be executed pursuant to Local Rule 37.1.

2. That on I requested Plaintiff's counsel to return the executed Good Faith Certificate by the close of business on October 7, 2009.

3. To date counsel for Plaintiff has not returned the executed Good Faith Certificate.

Further Affiant sayeth naught.



EXHIBIT "C"

WITNESS my signature on this the 12th day of October, 2009.

_____
HALEY N. BROOM

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12th day of October, 2009.

_____
NOTARY PUBLIC

My Commission Expires: