

## Al-Khidhr v. Harrison County--Supplemental Disclosure Expert Testimony

Friday, October 23, 2009 3:10 PM

From: "chaselaw@bellsouth.net" <chaselaw@bellsouth.net>
To: ian.brendel@yahoo.com, hbroom@ddkf.com
2 Files (702KB)

 

1st Suppl...   Dr. Simo...

Haley and Ian,

    Attached please find a supplemental disclosure of expert testimony of Dr. Simone regarding this case. I also attached a copy of the psychological evaluation prepared by Dr. Simone. The first page of the evaluation contains two color photographs. I'll get them reproduced and mail them to you.
--
Alvin Chase
10345 D'Iberville Blvd. Suite D
P.O. Box 7119
D'Iberville, MS 39540
Phone: (228)-396-3300
Fax: (228)-396-1494

