

### Re: Al-Khidhr v. Harrison County--Supplemental Disclosure Expert Testimony

Monday, October 26, 2009 3:29 PM

**From:** "Ian Brendel" <ian.brendel@yahoo.com>
**To:** chaselaw@bellsouth.net
**Cc:** hbroom@ddkf.com, jgewin@ddkf.com

Alvin,

On behalf of Defendants Gaston and Thompson, they object to the late production of Dr. Simone's report. Further, if the Court is inclined to allow the untimely designation, Defendants Gaston and Thompson will most likely request an IME under Rule 35 based on the opinions and conclusions given by Dr. Simone.

Ian A. Brendel*
Attorney at Law
P. O. Box 1521
Gulfport, Mississippi 39502
Phone: 228.864.1588
Fax: 228.863.5008
\* Also Admitted in Alabama

CONFIDENTIALITY NOTE: This email and any attachments may be
confidential and protected by legal privilege. If you are
not the intended recipient, be aware that any disclosure,
copying, distribution or use of the e-mail or any
attachment is prohibited. If you have received this email
in error, please notify me immediately by replying to the
sender and deleting this copy and the reply from your
system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines,
any federal tax advice contained in this communication, or
any attachment, does not constitute a formal tax opinion.
Accordingly, any federal tax advice contained in this
communication, or any attachment, is not intended or
written to be used, and cannot be used, by you or any other
recipient for the purpose of avoiding penalties that may be
asserted by the Internal Revenue Service.



**From:** Haley Broom <hbroom@ddkf.com>
**To:** chaselaw@bellsouth.net; ian.brendel@yahoo.com
**Cc:** Joe Gewin <jgewin@ddkf.com>; Trish Misko <tmisko@ddkf.com>
**Sent:** Mon, October 26, 2009 9:43:43 AM
**Subject:** RE: Al-Khidhr v. Harrison County--Supplemental Disclosure Expert Testimony

Alvin,
I was out of the office Friday and just received your email with attachments. As more fully stated in our Motion to Strike, we object to the designation of Dr. Simone and the untimely production of his report since the Court ordered these materials to be produced two weeks ago.

Also, within the next two business days, we request that you give us dates Mr. Al-Khidhr is available for deposition. The discovery deadline is fast approaching.

Thanks,
Haley

**Haley N. Broom, Esquire**
Dukes, Dukes, Keating & Faneca, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39502

Telephone: (228) 868-1111
Facsimile:  (228) 863-2886
E-Mail: hbroom@ddkf.com

**From:** chaselaw@bellsouth.net [mailto:chaselaw@bellsouth.net]
**Sent:** Friday, October 23, 2009 10:11 AM
**To:** ian.brendel@yahoo.com; Haley Broom
**Subject:** Al-Khidhr v. Harrison County--Supplemental Disclosure Expert Testimony

Haley and Ian,

   Attached please find a supplemental disclosure of expert testimony of Dr. Simone regarding this case. I also attached a copy of the psychological evaluation prepared by Dr. Simone. The first page of the evaluation contains two color photographs. I'll get them reproduced and mail them to you.
--
Alvin Chase
10345 D'Iberville Blvd. Suite D
P.O. Box 7119
D'Iberville, MS 39540
Phone: (228)-396-3300
Fax: (228)-396-1494



Re: Al Kashlr v. Harrison County - Supplemental Disclosure Expert Testimony - Yahoo! ... Page 3 of 3

