# UNIFORM ARREST/BOOKING FORM

☐ JUVENILE INVOLVED

Arrest# _____  Beat# _OZ_
MNI# _____  Grid# _OS_
Case# _05-034059_

| BILOXI ☒ | GULFPORT ☐ | LONG BEACH ☐ | PASS CHRISTIAN ☐ |
| D'IBERVILLE ☐ | HARRISON COUNTY ☐ | OTHER ☒ S4937SL9 | |

**Full Name of Person Arrested (Last, First, Middle):** Alexander, Manuel

**Alias, Maiden, or Nickname:** Sullivan, Manuel

**Address of Defendant / Street / House Number:** 056 Alexander  **City / State:** Biloxi, MS 39530  ☐ None

**DL State:** GA  **DL Number:** 059819720  ☐ None ☐ Expired ☐ Suspended
**DL Type:** ☒ Operators ☐ Commercial  **DL Expiration Date:** _____

**Occupation and Employer:** ☒ Unemployed  **Social Security Number:** _____ ☐ Same as DL

| Age | Sex | Race | Height | Weight | Hair | Eyes | Scars, Birth Marks, Tatoos, Amputations |
| 54 | M | B | 603 | 170 | BLK | BRO | |

**Date of Birth:** 09/30/51  **Place of Birth (City & State):** Albany, GA

**Contact in Event of Emergency:** _____  **Relationship:** _____

**Contact's Address / Street / House Number:** _____  **City / State:** _____  **Home Telephone Number:** (  )  **Business Telephone Number:** (  )

| Date of Arrest | Day of Arrest S M Tu W Th Fr Sa | Time of Arrest | Location of Arrest | PLEA | COURT CLERK USE ONLY Disposition |
| | | | / | | |

**Charge / Offense:** Riding Bicycle w/o Light  ☐ Felony ☐ Misdemeanor ☐ Traffic  **Date of Offense:** ___ **Court Date / Time:** ___ **Bond Amount:** 80.00

**Charge / Offense:** Poss Marijuana  ☐ Felony ☐ Misdemeanor ☐ Traffic  **Date of Offense:** ___ **Court Date / Time:** ___ **Bond Amount:** 259.00

**Charge / Offense:** Public Drunk  ☐ Felony ☐ Misdemeanor ☐ Traffic  **Date of Offense:** ___ **Court Date / Time:** ___ **Bond Amount:** 198.00

**Charge / Offense:** Disorderly Conduct - Profanity  ☐ Felony ☐ Misdemeanor ☐ Traffic  **Date of Offense:** ___ **Court Date / Time:** ___ **Bond Amount:** 100.00

**Charge / Offense:** _____  ☐ Felony ☐ Misdemeanor ☐ Traffic  **Date of Offense:** ___ **Court Date / Time:** ___ **Bond Amount:** ___

**CUSTODY STATUS:**
☐ Released - NO Charge ☐ County Jail
☐ Released - Summons ☐ Juvenile Shelter
☐ Pre-Trial Release ☐ Juvenile Detention
☐ Bond Company
☐ Cash Bail Receipt #

☐ Family Court
☒ Municipal Court

**Check All Items That Apply:**
| | 1st | 2nd |
| Judicial | ☐ | ☐ |
| Justice | ☐ | ☐ |
| Circuit | ☐ | ☐ |
| Chancery | ☐ | ☐ |

☐ Drinking ☐ Cooperative
☒ Drunk ☐ Resistive
☒ Drugs ☐ Belligerent

**Bond Authorized By:** _____  **Total Bond:** 739.00
**Judge:** _____
**HCSO:** _____
**Municipal Court:** _____

**Arresting Officer (ID # and Name):** 780 Manning
**Assisting Officer(s) (ID # and Name):** _____
**Transporting Officer (ID # and Name):** 780 Manning

**How was Arrest Made?** ☒ On View ☐ On Call ☐ Warrant  **Other Persons Arrested for Same Offense:** ☒ None  1. _____ 2. _____

**Judge:** _____  **Date of Warrant:** _____

**Officer Fingerprinting & Photographing:** _____  **Property Seized?** ☐ Yes ☐ No  **Telephone Call** ☐ Yes ☐ No ☐ Refused  # Called: _____  **Detective Notified** ☐ Yes ☐ No  Name: _____

**Individual Armed** ☐ Yes ☐ No  **Weapon:** _____  **Vehicle Towed?** ☐ Yes ☐ No  By: _____  **Hold Placed On Vehicle?** ☐ Yes ☐ No  Authorized By: _____  **Supervisor Notified** ☐ Yes ☐ No  Name: _____

**Defendants Rights Given By** _____ **Date** ___ **Time** ___ **Place** ___ **Witness(es)** _____  ☐ Verbal ☐ Form

**Detention Date/Time:** 10/04/05  **Officer (# & Name):** _____  **Property** _____  **Phone Call Made** ☐ Yes ☐ No  # Called: _____  **Court Clerk Use Only**  **Docket #:** 277592

**Facility:** Adult Detention ☐  Juvenile Detention ☐  Shelter ☐  **Cell:** ___  **Fingerprints** ☐ Yes ☐ No  **Mug Shot Taken** ☐ Yes ☐ No  **Line #:** ___ **Page #:** ___  **Book #:** ___

**Release Date/Time:** 10/04/05  **Officer (# & Name):** Sr.1  **Release Status (Bond or Time Served, Etc.):** O/R % Henry  **Sheriffs Receipt #:** 96  **DOC:** ___

**NCIC:** ☒ Negative ☐ Hit  **NCIC#:** ___  **Charges:** ___  **Agency:** ___

**DOC:** ☒ Negative ☐ Hit  ☐ Probation ☐ Parole  **County:** ___  **Offense:** ___  **Case Supervisor:** ___

**Old Fines:** ☒ Negative ☐ Hit  **Amount:** ___  **Total Days Given:** ___  **Docket Number:** ___  **Case Number:** ___

**Juvenile-Parent or Guardian Name:** _____  **Address:** _____  **Street / House Number:** _____  **City / State:** _____  **Telephone #:** _____  **Contacted By:** _____

**What Prompted Arrest:** _____

Exhibit 1

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### GEORGE PAYNE, *SHERIFF*

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement ☐ RVR Supplement | Incident/Crime: - Combative Detainee | Date of This Report 10/04/05 | Date of Original Report 10/04/05 |
| | Suspect / Victim Name: Alkhidhr, Only | List Complaint Numbers of Connected Cases Docket: | |

On October 4th, 2005 at about 0415 hours, Biloxi Police Officer Manning brought detainee Only Alkhidhr into booking to be processed on several misdemeanor charges. Detainee Alkhidhr appeared to be resistive and belligerent towards Officer Manning, but seemed to be cooperative towards Booking Deputies. Deputy Windham performed a pat-down search of detainee Alkhidhr, and then led him with Deputy Thompson to the booking shower to be dressed out. Upon entering the shower, detainee Alkhidhr fell to the floor. Deputy Thompson ordered detainee Alkhidhr to stand up and remove his clothing. Detainee Alkhidhr refused, and simply sat in an upright position on the floor. Deputy Thompson again ordered detainee Alkhidhr to stand up. Detainee Alkhidhr told Deputy Thompson, "No, you get me up". As Deputy Thompson began to order detainee Alkhidhr to stand up again, he reached out and grabbed Deputy Thompson's inner upper thigh. Deputy Thompson then struck detainee Alkhidhr in the Brachial Plexus Origin. Detainee Alkhidhr then pushed Deputy Thompson back, and stood to his feet. Detainee Alkhidhr took a low stance fighting style posture, and grabbed Deputy Thompson's left arm. Deputy Thompson then struck detainee Alkhidhr two times in the Brachial Plexus Origin. Detainee Alkhidhr then spun around and fell into the booking shower control handle while still holding on to Deputy Thompson's arm, which pulled Deputy Thompson down on top of him. At this point Deputy Moore administered an approximate one second burst of oleoresin capsicum to detainee Alkhidhr's facial region, which had no effect. Detainee Alkhidhr continued to struggle in an effort to gain control over Deputy Thompson by attempting to rise on all fours to throw Deputy Thompson off of him. Deputy Thompson continued to gain control over detainee Alkhidhr's arms as Deputy Moore struck detainee Alkhidhr in the common peroneal nerve. Detainee Alkhidhr then lay flat on the floor, and was secured in handcuffs. Detainee Alkhidhr was screened by medical and treated for injuries. Detainee Alkhidhr then cooperated and dressed himself out in county clothing and was placed in holding cell five without further incident. End of Narrative

| DISPOSITION | |
|---|---|
| A. Cleared Adult Arrest | ☐ |
| B. Cleared Exceptional Adult | ☐ |
| C. Cleared Juvenile Custody | ☐ |
| D. Cleared Exceptional Juvenile | ☐ |
| E. Unfounded | ☐ |
| F. Other-Cleared Exceptional | ☐ |
| G. Suspended Closed | ☐ |

| Reporting Officer: No: 186 Name: Moore | Division: HCADC—Booking | Reviewing Supervisor No:    Name: | Disposition Date |
|---|---|---|---|

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Use of Force Report

| Pressure Point Control Target Areas | Chemical Spray Target Area |
|---|---|

Infra orbital Nerve (P.P.)
Jugular notch (P.P.)
Brachial Plexus Tie-in (H.E.H.)
Median Nerve (H.E.H., I.W.)
Mandibular Angle (P.P.)
Hypoglossal Nerve (P.P.)
Brachial Plexus (Origin) (H.E.H.)
Brachial Plexus (Clavical Notch) (P.P.)
Radial Nerve (H.E.H., I.W.)
Femoral Nerve (H.E.H., I.W.)
Common Peroneal Nerve (H.E.H., I.W.)
Tibial Nerve (H.E.H., I.W.)

Primary Target area
Application area

### Effects of Chemical Spray

**26) Was Spray Effective?** ☐ Yes ☒ No
**Were Further Control Methods Needed?** ☐ Yes ☐ No

Number of Times Sprayed: 01
Approximate distance from subject: 3 FT

**Eyes:** ☐ closure ☐ tears ☒ No effect
**Skin:** ☐ Redness ☐ Burning ☒ No effect

**Nose:** ☐ Discharge ☐ Irritation ☒ No effect
**Chest:** ☐ Coughing ☐ Labored Breathing

**O.C. Spray administrative warning?** ☒ Yes ☐ No Time: 4:30
**Decontamination:** Start Time: 4:25 End Time: 4:30

P.P. ---Pressure point
HEH---Hard empty hand
I.W. ---Impact Weapon

Variables affecting levels of control
1. Officer / subject size and gender
2. Environmental conditions and totality of circumstances
3. Reaction time

### This section to be completed by Medical staff only!

27) Injuries Sustained by officer: ☐ yes ☒ No
Explain:

28) Injuries Sustained by Inmate: ☒ yes ☐ No Explain: Bloody nose, Skin tear to bridge of nose, contusion to ® eye & between eyes

29) Location of Examination: Booking Shower
Time of Examination: 0415

30) Examined by: Staff Name: ( Mfe Canino )    Badge #:

31) Medical treatment administered: ☒ Yes ☐ No
Explain: Cleansed c̄ NS & 4&4, pressure applied to nose

32) Signature of Physician:

33) Narrative:

34) Inmate Classification:
☐ Juvenile ☐ Minimum security ☐ Medium ☐ Maximum security ☐ Inmate worker

35) Reviewing Shift Lieutenant: No.    Name:
Division:
36) Disposition: ☐ Closed ☐ Open ☐ Under review

Inmate file __  Director of Corrections __  Captain of Security __  Inmate medical file __  Shift Records __  Officer file __

# Booking Intake Medical Questionnaire

## Officer Observations

1. Obvious pain / bleeding / injury requiring medical treatment / illness — Yes / No
2. Taken to hospital prior to intake — Yes / No
3. Appears under the influence of alcohol / drugs — Yes / No
4. Visible sign of alcohol / drug withdrawal — Yes / No
5. Difficulty understanding questions or spoken language — Yes / No
6. Experiencing / demonstrating / exhibiting signs of anger – hostility depression – disorientation – lifeless reaction – hearing voices — Yes / No
7. Have scars on wrists – legs – neck (possibly self – inflicted) — Yes / No

## Inmate Questions

1. Have you ever had TB/Seizures/Diabetes/Hypertension/Heart Disease/Cancer/Asthma — Yes / No
2. Physical disability — Yes / No
3. Mental health problem — Yes / No
4. Allergies — Yes / No
5. Suicidal ideas or attempted suicide — Yes / No
6. Prescriptions or medications with inmate — Yes / No

### PLEASE CALL MEDICAL IF ANY OF THE ABOVE ANSWERS ARE "YES"

Date: 100405

Inmate Name (print): Alkhidhr only

Inmate Signature: AD-Khidhr

Officer Signature: [signature]    Badge # 226

*This form is to be stapled to the current printed booking screen for pickup by medical*

HEALTH ASSURANCE LLC

CONSENT TO TREATMENT FORM

_Alkhialho, Only_                    10-4-05
NAME OF INMATE                       DATE

_277592 — 9-9- 51_
INMATE #/DOB

I hereby give my consent to Health Assurance LLC, its employes and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Health Assurance LLC.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Health Assurance LLC, its employees and agents from any and all liability which may arise from this action.

_signature_                          10-4-05
INMATE SIGNATURE                     DATE

_Brenda O Cadoary LPN 4454_
WITNESS                              WITNESS

*HEALTH ASSURANCE LLC*

# PROBLEM LIST

NAME: Alkhidhr, Only

ID# 277592

D.O.B. 9-9-51

ALLERGIES: NKDA

| DATE IDENTIFIED | CHRONIC (LONG-TERM) PROBLEMS ROMAN NUMERALS FOR MEDICAL/SURGICAL CAPITAL LETTERS FOR PSYCHIATRIC/BEHAVIORAL | DATE RESOLVED | HEALTH CARE PRACTIONER INITIALS |
|---|---|---|---|
| 10-4-05 | Contusion ® eye | | |
| 10-4-05 | Contusion between eyes | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MASTER PROBLEM LIST

I BLOOD BORNE DISEASE/PATHOGEN
  PLAN  (1) SCREENING HIV AND RPR ON ALL INMATES.
        (2) TX ACCORDING TO CDC RECOMMENDATION IF INDICATED

II HIGH RISK FOR TB
  PLAN  (1) TB SKIN TEST AT ADMISSION AND ANNUALLY

III UPPER RESPIRATORY INFECTION
  PLAN  (1) ASSESS BY MD ON SICK CALL
        (2) INCREASE FLUIDS
        (3) TYLENOL OR IBUPROFEN FOR HIGH TEMP.
        (4) ROBITUSSIN DM 1 OR 2 TEASPOON 4-6 HRS FOR COUGH
        (5) OTHER NEEDS AS ORDERED BY MD

IV ATHLETES FOOT FUNGUS
  PLAN  (1) ANTIFUNGAL CREAM TO FEET BID X 14 DAYS

V TINEA VERSICOLOR
  PLAN  (1) SELSIUM LOTION TO SKIN DAILY X 14 DAYS

MENTAL ILLNESS: (A) DEPRESSION (B) SCHIZOPHRENIA (C) MANIA AND (D) SUICIDAL
  PLAN  (1) CONSULT STAFF PSYCHOLOGIST FOR EVAL
        (2) ISOLATE AND SUICIDE PRECAUTIONS IF INDICATED
        (3) MEDICATIONS AS ORDERED BY MD

1. DIABETES MELLITUS
  PLAN  (1) ASSESS BY MD IN SICK CALL
        (2) 2600 CALORIES ADA DIET
            IF IDDM-OR-1800 CALORIES ADA DIET IF NIDDM
        (3) IF IDDM, FBS EVERY MORNING AND AT 4:00 PM,
            FBS EVERY MONTH IF STABLE FOR NIDDM
        (4) MEDS AS ORDERED BY MD

2. HYPERTENSION
  PLAN  (1) BP CHECKS EVERY WEEK
        (2) MEDS AS ORDERED BY MD
        (3) LOW SODIUM DIET IF ORDERED BY MD

3. SEIZURE

4. HIV

5. ASTHMATIC

6. TB

HEALTH SERVICES ADMINISTRATOR

Revised 03/2004

Last                    First                    Middle Initial

Name _____  AIS # _____

Date _____ Allergies _____  Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature: _____  Decrease

N

---

Last                    First                    Middle Initial

Name _____  AIS # _____

Date _____ Allergies _____  Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature: _____  Decrease

N

---

Last                    First                    Middle Initial

Name _____  AIS # _____

Date _____ Allergies _____  Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature: _____  Decrease

N

---

Last                    First                    Middle Initial

Name _Alkhidir, Only_____  AIS # _277592_

Date _10-4-05_____ Allergies _____  Facility _CJ_

SIG.  1.0. Send to MHG for Eval
      + tx. ( ✓ abdomen )

Discontinue

Continue                               noted

Increase

Physician Signature: _Compton / Oflearif P81/11/05_  Decrease

NO

## HEALTH ASSURANCE LLC

### NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 10-4-05 | 0420 | Assessed in booking. I/M lying on shower room floor, unable to answer any questions appropriately, speech slurred, smells of alcohol, stated he "smoked some dope" to officer earlier. Skin tear to bridge of nose, bloody nose, contusion to (R) eye + between eyes; cleansed face c NS + 4x4s. Applied pressure to nose, bleeding stopped. Stumbling while walking to holding cell, unable to sit upright in cell, leaning against wall/window, yelling @ officers. Will assess per M/(Cain) |
| | 10:30 | Seen in booking. Gross swelling noted on forehead, and in peri-orbital region. Bridge of nose noted c laceration and edema. Inmates lips are swollen. Inmate c/o N/V. Spitting up blood tinged sputum. Still very intoxicated. C/o abd. pain. M.D. notified T.O. Send to MMC ER for eval + tx. B. Pleasant RN |
| | 10:40 | Transport notified. — B. Pleasant RN |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | | | | | B. Pleasant RN |

| NAME-LAST | FIRST | MIDDLE | ALLERGIES NKA |
|-----------|-------|--------|---------------|
| Alkhidhr, Only | | | INMATE # 272592 |

NURSE NOTES