IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ONLY AL-KHIDHR**                                                      **PLAINTIFF**

**VERSUS**                                      **CAUSE NO.: 1:07-CV-01223-LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, et al.**                **DEFENDANTS**

**COVER PAGE FOR**

**EXHIBITS 3 THROUGH 9**