IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**Only Al-Khidhr**                                                             **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:07cv1223LG**

**Harrison County, Mississippi,** *et al*                                    **DEFENDANTS**

## DEFENDANT'S EXHIBIT LIST

| NUMBER | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-1 | Letter from Alvin Chase to Tim Holleman dated 12/18/10 | | | 1/6/11 |
| D-2 | Emails regarding settlement | | | 1/6/11 |
| D-3 | Order by the Board of Supervisors of Harrison County authorizing settlement dated 1/4/11 | | | 1/6/11 |
| D-4 | Copy of Full, Final and Absolute Release dated 1/6/11 | | | 1/6/11 |

1