UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ONLY AL-KHIDHR** § | | **PLAINTIFF** |
| §  | | |
| V. § | Civil Action No. 1:07cv1223-LG-RHW | |
| §  | | |
| **HARRISON COUNTY, MISSISSIPPI,** § | | |
| **BY AND THROUGH ITS BOARD OF** § | | |
| **SUPERVISORS; BOOKING** § | | |
| **SUPERVISOR RICK GASTON,** § | | |
| **ACTING UNDER COLOR OF STATE** § | | |
| **LAW; CORRECTIONS OFFICER** § | | |
| **MORGAN THOMPSON, ACTING** § | | |
| **UNDER COLOR OF STATE LAW;** § | | |
| **and CORRECTIONS OFFICER** § | | |
| **THOMAS MOORE, ACTING UNDER** § | | |
| **COLOR OF STATE LAW** § | | **DEFENDANTS** |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 6th day of January, 2011.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge